B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>District of New Jersey | Voluntary Petition |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mitchell, Michael W.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):   **7857** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**5202 Lake Road, Unit A**<br>**Wildwood, NJ**<br><div style="text-align:right">ZIPCODE **08260**</div> | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><div style="text-align:right">ZIPCODE</div> |
| County of Residence or of the Principal Place of Business:<br>**Cape May** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br><div style="text-align:right">ZIPCODE</div> | Mailing Address of Joint Debtor (if different from street address):<br><div style="text-align:right">ZIPCODE</div> |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><div style="text-align:right">ZIPCODE</div> | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- ☑ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtor**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check **one** box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☑ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)                                                                                                              Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Mitchell, Michael W.** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)                          Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1)  (04/13)    Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Mitchell, Michael W.** |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Michael W. Mitchell
Signature of Debtor                                    **Michael W. Mitchell**

**X**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**November 10, 2015**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

---

**Signature of Attorney***

**X** /s/ Scott M. Zauber, Esq.
Signature of Attorney for Debtor(s)

**Scott M. Zauber, Esq. SZ6086**
**SUBRANNI ZAUBER LLC□□□□ ;ëA0ú°i ZAUBER**
**1624 Pacific Avenue**
**Atlantic City, NJ  08401-0000**

**szauber@subranni.com**

**November 10, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any,  of Bankruptcy Petition Preparer

Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

**X**
Signature

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
### District of New Jersey

IN RE:                                                                    Case No. _____

**Mitchell, Michael W.**                                                  Chapter 7
_____
Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**


Signature of Debtor: **_/s/ Michael W. Mitchell_** _____

Date: **November 10, 2015** _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Certificate Number: 02998-NJ-CC-026257103



02998-NJ-CC-026257103

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>September 24, 2015</u>, at <u>8:15</u> o'clock <u>AM EDT</u>, <u>Michael W Mitchell</u> received from <u>Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of New Jersey</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>September 24, 2015</u>          By:     <u>/s/Terri Everett</u>

Name:   <u>Terri Everett</u>

Title:   <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B6A (Official Form 6A) (12/07)

IN RE **Mitchell, Michael W.**                                    Case No. _____

<table>
<tr><td>Debtor(s)</td><td>(If known)</td></tr>
</table>

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **819 Little Somerset Road Glouchester Twp. (Camden County) NJ 08034** | | | **100,000.00** | **111,510.00** |
| | | **TOTAL** | **100,000.00** | |

(Report also on Summary of Schedules)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE <u>Mitchell, Michael W.</u>

Debtor(s)

Case No. _____

(If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Cash on hand** | | **300.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Crest Savings Bank checking account** | | **4,000.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **Household goods and furnishings** | | **5,000.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Wearing apparel** | | **500.00** |
| 7.  Furs and jewelry. | | **Jewelry** | | **1,000.00** |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | **1031 Greenmount LLC (no assets; liabilities only) (Debtor owns 2%)** | | **0.00** |
| | | **108 Rambler Ave LLC  (no assets; liabilities only) (Debtor owns 2%)** | | **0.00** |
| | | **AMC Construction LLC; LLC established but has never done any business; LLC has no assets nor any liabilities; does not have a bank account or any other accounts. Debtor owns 2% of this LLC.** | | **0.00** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6B (Official Form 6B) (12/07) – Cont.**

IN RE <u>Mitchell, Michael W.</u>                                        Case No. _____

                       Debtor(s)                                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Anchor Beach Club LLC  (no assets; liabilities only) (Debtor owns  2%) | | 0.00 |
| | | Beach Dell Corp  (no assets; liabilities only) (Debtor owns 100%) | | 0.00 |
| | | Dock Street of Wildwood  LLC  (no assets; liabilities only) (Debtor owns 2%) | | 0.00 |
| | | Grammercy Ave LLC  (no assets; liabilities only) (Debtor owns 2%) | | 0.00 |
| | | MPK Associates LLC  (no assets; liabilities only) (Debtor owns 2%) | | 0.00 |
| | | MW Mitchell HVAC LLC  (no assets; liabilities only) (Debtor owns 98%) | | 0.00 |
| | | MWM of NJ, INC.  (no assets; liabilities only) (Debtor owns 100%) | | 0.00 |
| | | MWMitchell Inc  (no assets; liabilities only) (Debtor owns 100%) | | 0.00 |
| | | Pacific in the Crest LLC  (no assets; liabilities only) (Debtor owns 2%) | | 0.00 |
| | | The Woods at Voorhees LLC  (no assets; liabilities only) (Debtor owns 2%) | | 0.00 |
| | | West Side Development LLC  (no assets; liabilities only) (Debtor owns 50%) | | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Mitchell, Michael W.**                                                                    Case No. _____
                         Debtor(s)                                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2000 Chevrolet Suburban** | | **1,000.00** |
| | | **2004 Chevrolet Suburban** | | **2,000.00** |
| | | **2004 Lexus 470 XL** | | **3,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **16,800.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/13)

**IN RE** Mitchell, Michael W.                                                      Case No. _____
                          Debtor(s)                                                         (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:                    ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)

☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash on hand** | **11 USC § 522(d)(5)** | **300.00** | **300.00** |
| **Crest Savings Bank checking account** | **11 USC § 522(d)(5)** | **4,000.00** | **4,000.00** |
| **Household goods and furnishings** | **11 USC § 522(d)(3)** | **5,000.00** | **5,000.00** |
| **Wearing apparel** | **11 USC § 522(d)(3)** | **500.00** | **500.00** |
| **Jewelry** | **11 USC § 522(d)(4)** | **1,000.00** | **1,000.00** |
| **2000 Chevrolet Suburban** | **11 USC § 522(d)(5)** | **1,000.00** | **1,000.00** |
| **2004 Chevrolet Suburban** | **11 USC § 522(d)(2)** | **2,000.00** | **2,000.00** |
| **2004 Lexus 470 XL** | **11 USC § 522(d)(5)** | **3,000.00** | **3,000.00** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**B6D (Official Form 6D) (12/07)**

IN RE  Mitchell, Michael W. _____    Case No. _____
                            Debtor(s)                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **F-000426-15**<br><br>**First Bank Of New York Mellon**<br>**1661 Worthington Rd**<br>**Suite 100**<br>**West Palm Beach, FL  33409** | | | **819 Little Somerset**<br><br><br>VALUE $ **100,000.00** | | | | **76,000.00** | |
| ACCOUNT NO. **F-000426-15**<br><br>**OCWEN Loan Servicing**<br>**3451 Hammond Avenue**<br>**Waterloo, IA  50702** | X | | **819 Little Somerset**<br><br><br>VALUE $ **100,000.00** | | | | **35,510.00** | **11,510.00** |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |

_____**0** continuation sheets attached

| | | | |
|---|---|---|---|
| Subtotal<br>(Total of this page) | $ **111,510.00** | $ **11,510.00** |
| Total<br>(Use only on last page) | $ **111,510.00** | $ **11,510.00** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13)

IN RE **Mitchell, Michael W.** _____    Case No. _____
   Debtor(s)                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

**IN RE** Mitchell, Michael W.
_____      Case No. _____
              Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**1031 Greenmount LLC** <br>**5202 Lake Rd. Unit A** <br>**Wildwood, NJ 08260** | | | | | | | **Notice Only** |
| ACCOUNT NO. <br><br>**108 Rambler LLC** <br>**5202 Lake Rd. Unit A** <br>**Wildwood, NJ 08260** | | | | | | | **Notice Only** |
| ACCOUNT NO. <br><br>**116 Hand Avenue LLC** <br>**5202 Lake Road Unit A** <br>**Wildwood, NJ 08260** | | | | | | | **Notice Only** |
| ACCOUNT NO. <br><br>**118 Rio Grande Avenue LLC** <br>**5202 Lake Road Unit A** <br>**Wildwood, NJ 08260** | | | | | | | **Notice Only** |

___27___ continuation sheets attached

|  | Subtotal (Total of this page) | $ |
|---|---|---|
|  | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Mitchell, Michael W.
_____  Case No. _____
         Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **214 Nashville Ave. LLC** 5202 Lake Road Unit A Wildwood, NJ 08260 | | | | | | | Notice Only |
| ACCOUNT NO. 206988255 **Alliance One Receivables Management** Attn: Capital One 4850 Street Rd., Suite 300 Trevose, PA 19053 | | | Represents creditor | | | | Notice Only |
| ACCOUNT NO. **AMC Construction LLC** 5202 Lake Rd. Unit A Wildwood, NJ 08260 | | | | | | | Notice Only |
| ACCOUNT NO. 106121804* **America's Servicing Company** 8480 Stagecoach Cir. Frederick, MD 21701 | | | | | | | Notice Only |
| ACCOUNT NO. 822008 **American Express** POB 981537 El Paso, TX 79998 | | | Credit card debt also: 34991584375****, 349990990416, 349990700686, 349990983185 | | | | 52,933.31 |
| ACCOUNT NO. **Anchor Beach Club, LLC** 5202 Lake Rd. Unit A Wildwood, NJ 08260 | | | | | | | Notice Only |
| ACCOUNT NO. **Anchor Beach Condominium Assoc** 5202 Lake Road Unit A Wildwood, NJ 08260 | | | | | | | Notice Only |

Sheet no. **1** of **27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 52,933.31

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Mitchell, Michael W.</u>                                                    Case No. _____
<div style="text-align:center">Debtor(s)                                                    (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Anglesea Of North Wildwood LLC**<br>**28 Byron Drive**<br>**Mount Laurel, NJ  08054** | | | | | | | **Notice Only** |
| ACCOUNT NO. **64299xxxx** <br><br>**Apex Asset Management**<br>**Attn: Heymann Manders**<br>**1286 Carmichael Way**<br>**Montgomery, AL  36106** | | | **Medical** | | | | **Notice Only** |
| ACCOUNT NO. <br><br>**APM Of New Jersey LLC**<br>**5202 Lake Road Unit A**<br>**Wildwood, NJ  08260** | | | | | | | **Notice Only** |
| ACCOUNT NO. <br><br>**APM Of New Jersey LLC**<br>**5202 Lake Road Unit A**<br>**Wildwood, NJ  08260** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Archer & Greiner**<br>**ATTN DeFrancesco Associates**<br>**POB 3000**<br>**Haddonfield, NJ  08033** | | | | | | | **Notice Only** |
| ACCOUNT NO. **2795xxxx** <br><br>**ARS**<br>**Attn: Chase Bank USA**<br>**1801 NW 66th Ave., Ste. 200**<br>**Fort Lauderdale, FL  33318** | | | **also 2796xxxx** | | | | **Notice Only** |
| ACCOUNT NO. **386791999959/386791999975** <br><br>**Atlantic City Electric**<br>**POB 13610**<br>**Philadelphia, PA  19101** | X | | **Utilities**<br> **106 E Rambler Rd Wildwood Crest NJ 08260**<br>**KEK Construction**<br>**413 W Roberts Ave** | | | | **Notice Only** |

Sheet no. _____**2**___ of ____**27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Mitchell, Michael W.                                          Case No. _____
_____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Atlantic On The Crest LLC**<br>**5202 Lake Road Unit A**<br>**Wildwood, NJ  08260** | | | | | | | Notice only |
| ACCOUNT NO.<br>**Attorney General State Of NJ**<br>**PO Box 080**<br>**Trenton, NJ  08625-0080** | | | **Benitez v. Mitchell** | | | | Notice Only |
| ACCOUNT NO. **850010100xxxx**<br>**Audubon Savings Bank**<br>**515 S. White Horse Pike**<br>**Audubon, NJ  08106** | | | **Other** | | | | Notice Only |
| ACCOUNT NO. **2551xxxx**<br>**Bank of America**<br>**4161 Piedmont Pkwy**<br>**Greensboro, NC  27410** | | | **Mortgage** | | | | Notice Only |
| ACCOUNT NO. **488894001107xxxx**<br>**Bank of America**<br>**POB 982235**<br>**El Paso, TX  79998** | | | **Credit card debt**<br>425429599979**<br>488893003813**<br>43050041504**<br>549035532329** | | | | Notice Only |
| ACCOUNT NO. **362606122**<br>**Bank Of The West**<br>**2527 Camino Ramon**<br>**San Ramon, CA  94583** | X | | **Other** | | | | 20,000.00 |
| ACCOUNT NO. **10824242**<br>**Barclays Bank Delaware**<br>**POB 8803**<br>**Wilmington, DE  19899-8803** | | | | | | | Notice Only |

Sheet no. _____**3** of _____**27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | 20,000.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Mitchell, Michael W.                                              Case No. _____
_____
      Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **CPM-L-413-15** <br><br> **Baruffi Bros Inc** <br> **907 N. Main Rd** <br> **Vineland, NJ  08360** | | | | | | | **Notice Only** |
| ACCOUNT NO. <br><br> **Bayberry Of North Wildwood** <br> **5202 Lake Road Unit A** <br> **Wildwood, NJ  08260** | | | | | | | **Notice Only** |
| ACCOUNT NO. <br><br> **BB&T** <br> **POB 2027** <br> **Greenville, SC  29602** | X | | **KEK Construction** | | | | **1,583.00** |
| ACCOUNT NO. <br><br> **Beach Deli Corp** <br> **5202 Lake Road Unit A** <br> **Wildwood, NJ  08260** | | | | | | | **Notice Only** |
| ACCOUNT NO. <br><br> **Beachside Deli Of North Wildwood LLC** <br> **5202 Lake Road Unit A** <br> **Wildwood, NJ  08260** | | | | | | | **Notice Only** |
| ACCOUNT NO. <br><br> **Borough Of Wildwood Crest** <br> **6101 Pacific Ave** <br> **Wildwood Crest, NJ  08260** | X | | **413 West Roberts Ave** <br> **6100 Park Blvd.** <br> **MWM, Inc.** <br> **M.W. Mitchell, Inc.** | | | | **Notice Only** |
| ACCOUNT NO. <br><br> **Calhoun Agency Inc** <br> **19 Tanner St** <br> **Haddonfield, NJ  08033** | X | | **insurance premium KEK Construction** | | | | **1,582.00** |

Sheet no. ____**4**____ of ____**27**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ | **3,165.00** |
| Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Mitchell, Michael W.</u>                                                Case No. _____
<div style="text-align:center">Debtor(s)</div>                                        <div style="text-align:center">(If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **CPM-L-731-09** <br><br>**Cape Bank**<br>**225 North Main Street**<br>**CMCH, NJ  08210** | X | | **Judgment**<br>**509 W Spicer**<br>**4201 Arctic**<br>**Grammercy Ave**<br>**Anchor Beach Club**<br>**108 E Rambler** | | | | **1,734,919.28** |
| ACCOUNT NO. **24077333** <br><br>**Capital One**<br>**POB 30281**<br>**Salt Lake City, UT  84130-0281** | | | **Credit card debt** | | | | **4,703.16** |
| ACCOUNT NO. **DC000174-14** <br><br>**Capital One Bank (USA) NA**<br>**Attn: Nudelman Klemm & Golub**<br>**425 Eagle Rock Ave.**<br>**Roseland, NJ  07068** | | | | | | | **Notice Only** |
| ACCOUNT NO. <br><br>**Capital One Bank (USA) NA**<br>**Attn; Hayt Hayt & Landau**<br>**POB 500**<br>**Eatontown, NJ  07724** | | | | | | | **Notice Only** |
| ACCOUNT NO. **480213987127**\*\* <br><br>**Capital One Bank USA NA**<br>**POB 85015**<br>**Richmond, VA  23285-5015** | | | **also 4115507221318**\*\* | | | | **Notice Only** |
| ACCOUNT NO. <br><br>**Carherine By The Sea, LLC**<br>**5202 Lake Road Unit A**<br>**Wildwood, NJ  08260** | | | | | | | **Notice Only** |
| ACCOUNT NO. <br><br>**Carol Schoening**<br>**5305 Lake Road**<br>**Wildwood Crest, NJ  08260** | | | | | | | **Notice Only** |

Sheet no. _____**5**___ of ___**27**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div style="text-align:right">Subtotal<br>(Total of this page)  $ <b>1,739,622.44</b></div>

<div style="text-align:right">Total<br>(Use only on last page of the completed Schedule F. Report also on<br>the Summary of Schedules, and if applicable, on the Statistical<br>Summary of Certain Liabilities and Related Data.)  $</div>

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  Mitchell, Michael W.

Debtor(s)                                                    Case No. _____
                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **438854001548xxxx**<br>**Chase**<br>**POB 15298**<br>**Wilmington, DE  19850-5298** | X | | **Credit card debt**<br>**also: 479860100018****<br>**426684114166****<br>**540168305070****<br>**438854915103****<br>**431000061190***<br>**542243255102**** | | | | **26,714.00** |
| ACCOUNT NO. **#1462**<br>**Chase**<br>**POB 15298**<br>**Wilmington, DE  19850-5298** | | | | | | | **970.00** |
| ACCOUNT NO. **1041331525xxxx**<br>**Chase Auto Finance**<br>**POB 901706**<br>**Fort Worth, TX  76101** | | | **Lien on vehicle** | | | | **Notice Only** |
| ACCOUNT NO. **601165560607xxxx**<br>**Citi**<br>**POB 6077**<br>**Sioux Falls, SD  57117** | | | **Credit card debt** | | | | **Notice Only** |
| ACCOUNT NO.<br>**Citibank**<br>**701 E. 60th St N**<br>**Sioux Falls, SD  57104** | | | **Other** | | | | **Notice Only** |
| ACCOUNT NO.<br>**Citicards CBNA**<br>**Attn:  CDV Disputes**<br>**POB 6241**<br>**Sioux Falls, SD  57117-6241** | | | | | | | **Notice Only** |
| ACCOUNT NO. **F-15310-09**<br>**Citimortgage**<br>**POB 9438**<br>**Gaithersburg, MD  20898** | | | **Mortgage 216 E Cresse Ave Wildwood Nj 08260** | | | | **Notice Only** |

Sheet no. _____**6** of ____**27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **27,684.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Mitchell, Michael W.                                                                Case No. _____
_____                                              (If known)
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Citimortgage**<br>**POB 6243**<br>**Sioux Falls, SD 57117** | | | | | | | **Notice Only** |
| ACCOUNT NO.<br>**CMA Of New Jersey LLC**<br>**5202 Lake Road Unit A**<br>**Wildwood, NJ 08260** | | | | | | | **Notice Only** |
| ACCOUNT NO.<br>**CMM Of New Jersey LLC**<br>**5202 Lake Road Unit A**<br>**Wildwood, NJ 08260** | | | | | | | **Notice Only** |
| ACCOUNT NO.<br>**Collection & Recoveries**<br>**Attn: Shore Medical Center**<br>**PO Box 35**<br>**Northfield, NJ 08225** | | | | | | | **Notice Only** |
| ACCOUNT NO.<br>**Comenity Bank**<br>**POB 182789**<br>**Columbus, OH 43218-2789** | | | | | | | **Notice Only** |
| ACCOUNT NO.<br>**Commercial Loans**<br>**1771 Springdale Rd**<br>**Cherry Hill, NJ 08003** | | | | | | | **Notice Only** |
| ACCOUNT NO. J-205341-2003<br>**Countrywide Home Loans**<br>**POB 5170**<br>**Simi Valley, CA 93062-5170** | | | **Judgment** | | | | **92,099.71** |

Sheet no. _____**7**_ of ____**27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $    **92,099.71**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Mitchell, Michael W.                                                                    Case No. _____
_____
           Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 603461005000xxxx **Creative Plaything-SYNCB** **POB 965036** **Orlando, FL 32896** | | | **Credit card debt** | | | | **Notice Only** |
| ACCOUNT NO. 444796218966xxxx **Credit One Bank** **POB 98873** **Las Vegas, NV 89193** | | | | | | | **541.00** |
| ACCOUNT NO. CAM-L 6080-09 **Dembo & Saldutti, LLP** **Attn Parke Bank** **1300 Route 73, Ste 205** **Mt. Laurel, NJ 08054** | X | | **and J-250765-2010** **J 195211-2010** | | | | **Notice Only** |
| ACCOUNT NO. CL -13-0182-A **Department Of Community Affairs** **Division Of Codes And Standards** **Po Box 805** **Trenton, NJ 08625** | X | | **Re 231A-235B Spicer Ave Wildwood, NJ SPICER HOUSE CONDOS** **MWM of NJ Inc** | | | | **Notice Only** |
| ACCOUNT NO. **Division Of Consumer Affairs** **PO Box 45027** **Newark, NJ 07101** | | | **Benitez v. Mitchell** | | | | **Notice Only** |
| ACCOUNT NO. **Dock Street Of Wildwood, LLC** **5202 Lake Rd. Unit A** **Wildwood, NJ 08260** | | | | | | | **Notice Only** |
| ACCOUNT NO. **Domingo & Lourdes Benitez** **819 Little Somerset Rd** **Glouchester Twp, NJ 08034** | | | **related F-000426-15** | | | | **Notice Only** |

Sheet no. _____8____ of ____27____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **541.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE  Mitchell, Michael W.                                                    Case No. _____
_____
          Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Dominic S. Favieri, Jr.<br>146 Lakeview Commons #303<br>Rte 561<br>Gibbsboro, NJ  08026 | | | The Condos on New Jersey Condo. Assoc CPML 5912 | | | | Notice Only |
| ACCOUNT NO. J-117952-2012<br>Eichenbaum & Stylianou<br>ATTN RAB Performance Recoveries LLC<br>POB 914<br>Paramus, NJ  07653 | | | L 005777 11 | | | | 23,500.00 |
| ACCOUNT NO. TSC 2010-0128<br>Empire TF2 Jersey Holdings LLC<br>57 W 38th Street 9th Flr<br>New York, NY  10018 | | | 4211 Arctic Ave Wildwood NJ | | | | Notice Only |
| ACCOUNT NO. 3DK8600<br>Essex Insurance Company<br>4521 Highlands Parkway<br>Glen Allen, VA  23060 | X | | KEK Construction, Inc | | | | 2,889.00 |
| ACCOUNT NO.<br>Fantastic Voyages LLc<br>5202 Lake Road Unit A<br>Wildwood, NJ  08260 | | | | | | | Notice Only |
| ACCOUNT NO. F-16497-09<br>Farer Fersko<br>Attn: SLM Financial Corp.<br>POB 580<br>Westfield, NJ  07091 | | | Represents creditor | | | | Notice Only |
| ACCOUNT NO.<br>Fellheimer & Eichen, LLP<br>2 Liberty Place<br>50 South 16th Street, Ste 3401<br>Philadelphia, PA  19102 | | | | | | | Notice Only |

Sheet no. ____**9**__ of ___**27**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **26,389.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Mitchell, Michael W. _____          Case No. _____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **First Data Merchant Svcs** <br> **4000 Coral Ridge Dr** <br> **Coral Springs, FL  33065** | | | | | | | **Notice Only** |
| ACCOUNT NO. <br> **First National Collection Bureau** <br> **ATTN Verizon Wireless** <br> **610 Waltham Way** <br> **Sparks, NV  89434** | | | **Verizon Wireless** | | | | **430.00** |
| ACCOUNT NO. 191010925 <br> **Fox Chase Bank** <br> **4390 Davisville Road** <br> **Hatboro, PA  19040** | | | **mortgage and loan** | | | | **2,030,000.00** |
| ACCOUNT NO. 51-19101xxxx <br> **Fox Chase Fed Svg Bank** <br> **401 Rhawn St** <br> **Philadelphia, PA  19112-2250** | X | | **personal loan** | | | | **30,000.00** |
| ACCOUNT NO. CAM L-6109-09 <br> **Fox Rothschild, LLP** <br> **1301 Atlantic Ave** <br> **Atlantic City, NJ  08401** | | | **Re: 223-225 E Baker Ave Condo Assoc v. Carmen LaRosa CAM L-6109-09** | | | | **0.00** |
| ACCOUNT NO. <br> **Frontline Asset Strategies** <br> **ATTN Credit One Bank** <br> **1935 West Rd , Ste 425** <br> **Roseville, MN  55113** | | | | | | | **Notice Only** |
| ACCOUNT NO. <br> **Frontline Asset Strategies** <br> **2700 Snelling Ave North** <br> **Suite 250** <br> **Roseville, MN  55113** | | | **Credit One Bank** | | | | **Notice Only** |

Sheet no. ____**10**___ of ____**27**___ continuation sheets attached to                          Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                          (Total of this page) | $ **2,060,430.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

B6F (Official Form 6F) (12/07) - Cont.

IN RE  Mitchell, Michael W.                                        Case No. _____
                     Debtor(s)                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Garden State Tile** **1324 Wycoff Rd. #101** **Wall Twp., NJ  07727** | | | | | | | **Notice Only** |
| ACCOUNT NO. | | | | | | | |
| **GMAC Mortgage** **POB 4622** **Waterloo, IA  50704** | | | | | | | **Notice Only** |
| ACCOUNT NO. | | | | | | | |
| **Grammercy Avenue LLC** **5202 Lake Rd. Unit A** **Wildwood, NJ  08260** | | | | | | | **Notice Only** |
| ACCOUNT NO. F-33903-10 | X | | **Represents creditor** | | | | |
| **Greenbaum Rowe Smith & Davis** **Attn: Marriott Ownership Resorts** **POB 5600** **Woodbridge, NJ  07095** | | | | | | | **Notice Only** |
| ACCOUNT NO. | | | **Megan LLc v. MWM of New Jersey, Inc et al., L-1434-09** | | | | |
| **Guaranteed Title Agency LLC** **PO Box 129** **Barrington, NJ  08007** | | | | | | | **Notice only** |
| ACCOUNT NO. 78577xxxx | | | **Represents creditor SMH Radiology** | | | | |
| **Gulf Coast Collection** **Attn: SMH Radiology** **5630 Marquesas Circle** **Sarasota, FL  34233** | | | | | | | **Notice Only** |
| ACCOUNT NO. 20461115 | | | **Represents creditor PSE&G** **342 Kings Hwy** | | | | |
| **Harris & Harris, Ltd.** **Attn: PSEG** **111 W. Jackson Blvd. Ste. 400** **Chicago, IL  60604** | | | | | | | **Notice Only** |

Sheet no. _____**11**_____ of _____**27**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ _____

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Mitchell, Michael W.**                                                                    Case No. _____
                        Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6550095xxxx** <br> **IC System** <br> **Attn: PSE&G** <br> **POB 64378** <br> **Saint Paul, MN  55164** | | | **Represents creditor** | | | | **Notice Only** |
| ACCOUNT NO. <br> **James Walsh** <br> **437 17th St** <br> **North Wildwood, NJ  08260** | | | | | | | **Notice Only** |
| ACCOUNT NO. <br> **Jana Belansen & Gail Coleman Partnership** <br> **118 Astro** <br> **Wildwood Crest, NJ  08260** | | | | | | | **Notice Only** |
| ACCOUNT NO. <br> **Jerz Sea LLC** <br> **5202 Lake Road Unit A** <br> **Wildwood, NJ  08260** | | | | | | | **Notice Only** |
| ACCOUNT NO. <br> **Joe And Rita D'Urso** <br> **6210 Park Blvd.** <br> **Wildwood Crest, NJ  08260** | | | | | | | **Notice Only** |
| ACCOUNT NO. <br> **John DeFrancesco** <br> **C/O Archer & Greiner** <br> **1 Centennial Square** <br> **Haddonfield, NJ  08033** | | | | | | | **Notice Only** |
| ACCOUNT NO. <br> **John Pecora** <br> **80 Bryant Trail** <br> **Carmel, NY  10512** | | | | | | | **Notice Only** |

Sheet no. _____ **12** of _____ **27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE __Mitchell, Michael W.__                                              Case No. _____
               Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Jospeh Plumbing LLc** <br> **5202 Lake Road Unit A** <br> **Wildwood, NJ  08260** | | | | | | | **Notice Only** |
| ACCOUNT NO. <br><br> **KEK Construction Inc** <br> **5202 Lake Rd Unit A** <br> **Wildwood, NJ  08260** | | | | | | | **Notice Only** |
| ACCOUNT NO. <br><br> **KEK Of New Jersey LLC** <br> **5202 Lake Road Unit A** <br> **Wildwood, NJ  08260** | | | | | | | **Notice Only** |
| ACCOUNT NO. <br><br> **KEM Management Services Inc** <br> **5202 Lake Road Unit A** <br> **Wildwood, NJ  08260** | | | | | | | **Notice Only** |
| ACCOUNT NO. <br><br> **Kim Mitchell** <br> **5202 Lake Rd. Apt A** <br> **Wildwood, NJ  08260** | | | | | | | **Notice Only** |
| ACCOUNT NO. **4071829xxxx** <br><br> **Kohls-Chase** <br> **POB 3115** <br> **Milwaukee, WI  53201** | | | Credit card debt | | | | **Notice Only** |
| ACCOUNT NO. <br><br> **Kona Kai Condominium Assoc Inc** <br> **5202 Lake Road Unit A** <br> **Wildwood, NJ  08260** | | | | | | | **Notice Only** |

Sheet no. ____**13**____ of ____**27**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE __Mitchell, Michael W.__             Case No. _____
           Debtor(s)                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Law Office Of  Seth A. Fuscellaro, PA** <br> **100 East Rio Grande Ave** <br> **Wildwood, NJ  08260** | | | | | | | **8,190.00** |
| ACCOUNT NO. <br> **Litton Mtg Service Center** <br> **24 Greenway Plaza #712** <br> **Houston, TX  77046-2401** | | | | | | | **Notice Only** |
| ACCOUNT NO. <br> **Louis C. Dwyer, Esq.** <br> **Corino & Dwyer** <br> **P.O. Box 849** <br> **Wildwood, NJ  08260** | | | **re: agreement of sale 819 Little Somerset Glouchester, NJ 08034** | | | | **Notice Only** |
| ACCOUNT NO. <br> **LVNV Funding** <br> **POB 10497** <br> **Greenville, NC  29603** | | | | | | | **Notice Only** |
| ACCOUNT NO. <br> **M & K Of New Jersey LLC** <br> **5202 Lake Road Unit A** <br> **Wildwood, NJ  08260** | | | | | | | **Notice Only** |
| ACCOUNT NO. <br> **M and M Of New Jersey Partnership** <br> **5202 Lake Road Unit A** <br> **Wildwood, NJ  08260** | | | | | | | **Notice Only** |
| ACCOUNT NO. 422591343xxxx <br> **Macys-DSNB** <br> **POB 8218** <br> **Mason, OH  45040** | | | **Credit card debt** | | | | **Notice Only** |

Sheet no. ____**14**____ of ____**27**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **8,190.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE __Mitchell, Michael W.__ _____    Case No. _____
           Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Magnolia Ave Of Wildwood LLC**<br>**5202 Lake Road Unit A**<br>**Wildwood, NJ  08260** | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>**Marriot Vacation Club**<br>**1200 Bartow Rd International**<br>**Lakeland, FL  23801** | X | | | | | | Notice Only |
| ACCOUNT NO. **F-33903-10**<br><br>**Marriott Ownership Resorts**<br>**12000 Us Highway 98 S Ste 19**<br>**Lakeland, FL  33801** | X | | **Mortgage - timeshare** | | | | 18,000.00 |
| ACCOUNT NO.<br><br>**Mary Costner**<br>**121 East Rambler**<br>**Wildwood Crest, NJ  08260** | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>**MBM Of New Jersey LLC**<br>**5202 Lake Road Unit A**<br>**Wildwood, NJ  08260** | | | | | | | Notice Only |
| ACCOUNT NO. **CPML 5912**<br><br>**McAllister Hyberg White Cohen & Mann**<br>**Attn: The Condos On New Jersey Condo. As**<br>**2111 New Rd, Ste 105**<br>**Northfield, NJ  08225** | | | **819 Little Somerset Clouchester Twp.** | | | | Notice Only |
| ACCOUNT NO. **J-299188-2010**<br><br>**Megan LLC**<br>**C/O Archer & Greiner**<br>**1 Centennial Sq.**<br>**Haddonfield, NJ  08033** | X | | | | | | 1,556,699.00 |

Sheet no. _____**15**___ of ___**27**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,574,699.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Mitchell, Michael W.
_____    Case No. _____
Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Michael And Kim Mitchell LLC** **5202 Lake Road Unit A** **Wildwood, NJ  08260** | | | | | | | **Notice Only** |
| ACCOUNT NO. **855163\*\*\*\*** | | | | | | | |
| **Midland Funding LLC** **8875 Aero Dr., Ste 200** **San Diego, CA  92123** | | | | | | | **Notice Only** |
| ACCOUNT NO. **CPM-L-413-15** | | | | | | | |
| **Monzo Catanese Hillegass PC** **ATTN: Michel F. Spagnolo** **211 Bayberry Dr Ste 2A** **Cape May Courthouse, NJ  08210** | | | | | | | **Notice Only** |
| ACCOUNT NO. **L-000626-10** | X | | J 190019-2011 | | | | |
| **Morgan Bornstein & Morgan** **Attn: Grove Supply** **1236 Brace Rd, Suite K** **Cherry Hill, NJ  08034** | | | | | | | **38,867.00** |
| ACCOUNT NO. | | | | | | | |
| **MPK Associates, LLC** **5202 Lake Rd. Unit A** **Wildwood, NJ  08260** | | | | | | | **Notice Only** |
| ACCOUNT NO. | | | | | | | |
| **MW Mitchell Builders Developers Inc** **5202 Lake Road Unit A** **Wildwood, NJ  08260** | | | | | | | **Notice Only** |
| ACCOUNT NO. | | | | | | | |
| **MW Mitchell HVAC** **5202 Lake Rd. Unit A** **Wildwood, NJ  08260** | | | | | | | **Notice Only** |

Sheet no. _____16_____ of _____27_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶
(Total of this page) $ | **38,867.00**

Total ▶
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Mitchell, Michael W.</u>
         Debtor(s)
      Case No. _____
           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br>**MW Mitchell Inc** <br>**5202 Lake Rd Unit A** <br>**5202 Lake Rd Unit A** <br>**Wildwood, NJ  08260** | | | | | | | **Notice Only** |
| ACCOUNT NO. <br>**MWM Of New Jersey Inc** <br>**5202 Lake Rd. Unit A** <br>**Wildwood, NJ  08260** | | | | | | | **Notice Only** |
| ACCOUNT NO. <br>**MWMW Of New Jersey Inc.** <br>**5202 Lake Rd. Unit A** <br>**Wildwood, NJ  08260** | | | | | | | **Notice Only** |
| ACCOUNT NO. <br>**Nationwide Crediit, Inc.** <br>**Attn: American Express** <br>**POB 26314** <br>**Lehigh Valley, PA  18002-6314** | | | | | | | **Notice Only** |
| ACCOUNT NO. **0843** <br>**NCO Financial Services** <br>**Attn: Capital One** <br>**POB 15636** <br>**Wilmington, DE  19850** | | | **Represents creditor** | | | | **Notice Only** |
| ACCOUNT NO. **200800200146** <br>**NJ Division Of Taxation** <br>**POB 245** <br>**Trenton, NJ  08695** | | | **Taxes** | | | | **Notice Only** |
| ACCOUNT NO. <br>**North Wildwood Nineteen LLC** <br>**5202 Lake Road Unit A** <br>**Wildwood, NJ  08260** | | | | | | | **Notice Only** |

Sheet no. ____**17**____ of ____**27**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Mitchell, Michael W.                                              Case No. _____
_____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. F1223149 | | | Represents creditor | | | | |
| Northland Group Inc. Attn: Capital One POB 390905 Minneapolis, MN  55439 | | | | | | | Notice Only |
| ACCOUNT NO. DC-000048-14 | X | | | | | | |
| Nudelman Klemm & Golub Attn: Capital One 425 Eagle Rock Avenue Roseland, NJ  07068 | | | | | | | 6,697.00 |
| ACCOUNT NO. | | | | | | | |
| Ocean Rumble LLC 5202 Lake Road Unit A Wildwood, NJ  08260 | | | | | | | Notice Only |
| ACCOUNT NO. 709095* | X | | 413 W Roberts Ave Wildwood, NJ 08260 | | | | |
| OCWEN Loan Servicing, LLC 12650 Ingenuity Dr Orlando, FL  32826-2703 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| Pacific In The Crest LLC 5202 Lake Rd. Unit A Wildwood, NJ  08260 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| Painted Pastimes LLc 5202 Lake Road Unit A Wildwood, NJ  08260 | | | | | | | Notice Only |
| ACCOUNT NO. Dc 000388-11 | | | | | | | |
| Paramount Chemical & Paper Co 3600 Park Blvd. Wildwood, NJ  08260 | | | | | | | Notice Only |

Sheet no. ____18___ of ___27___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  6,697.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Mitchell, Michael W.</u>                                             Case No. _____
                      Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. J-250765-2010; J 195211-2 <br> **Parke Bank** <br> **POB 40** <br> **Sewell, NJ  08080** | X | | **450 Dock Street** <br> **Judgment** <br> **CAM L 6080-09** <br> **Dockstreet of Wildwood, LLC** <br> **J 195211-2010** | | | | **1,181,439.96** |
| ACCOUNT NO. <br> **Patricia Sorensen** <br> **121 East Rambler** <br> **Wildwood Crest, NJ  08260** | | | | | | | **Notice Only** |
| ACCOUNT NO. DC 00311010 <br> **Penn Jersey Building Materials** <br> **Rte 610 & Sharp Rd** <br> **Tuckahoe, NJ  08250** | | | | | | | **Notice Only** |
| ACCOUNT NO. DC 00311010 <br> **Penn Jersey Building Materials** <br> **6761 Washington Ave** <br> **Egg Harbor Twp, NJ  08234** | X | | **DJ 032093-2011** | | | | **11,525.00** |
| ACCOUNT NO. J-121693-2011 <br> **Perskie Mairone Brog & Baylinson** <br> **Attn: Sun Home Loans Inc.** <br> **1201 New Road** <br> **Linwood, NJ  08221** | | | **Represents creditor** | | | | **Notice Only** |
| ACCOUNT NO. F-15310-09 <br> **Phelan Hallinan & Diamond, PC** <br> **Attn: Citimortgage** <br> **400 Fellowship Rd, Ste 100** <br> **Mt. Laurel, NJ  08054** | | | **Represents creditor** <br> **216 East Cresse Ave Wildwood Crest NJ 08260** | | | | **Notice Only** |
| ACCOUNT NO. **OH00*** <br> **Pinnacle Credit Services** <br> **Attn Verizon** <br> **POB 640** <br> **Hopkins, MN  55343-0640** | | | | | | | **Notice Only** |

Sheet no. _____ **19** of _____ **27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,192,964.96**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  Mitchell, Michael W.
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **585637305644xxxx** <br> **Pottery Barn-Comenity Bank** <br> **POB 182789** <br> **Columbus, OH  43218** | | | **Credit card debt** | | | | **Notice Only** |
| ACCOUNT NO. **NJ 1303971** <br> **Prime Rate Premium Finance Corp, Inc** <br> **Po Box 100507** <br> **Florence, SC  29502** | X | | **Clahoun Agency** <br> **KEK Construction Inc.** | | | | **1,582.00** |
| ACCOUNT NO. **20461115** <br> **PSE&G** <br> **POB 14444** <br> **New Brunswick, NJ  08906** | | | **Utilities 342 Kings Hwy** | | | | **646.37** |
| ACCOUNT NO. **J 117952-2012** <br> **RAB Performance Recoveries** <br> **10 Forest Ave** <br> **Paramus, NJ  07652** | | | **L-005777-11** | | | | **Notice Only** |
| ACCOUNT NO. **J-065133-2011** <br> **Raymond & Coleman** <br> **Attn: Roebling Bank** <br> **325 New Albany Rd.** <br> **Moorestown, NJ  08057** | X | | **Represents creditor** | | | | **Notice Only** |
| ACCOUNT NO. **796015xxxx** <br> **Raymour & Flanigan-WFFNB** <br> **POB 14517** <br> **Des Moines, IA  50306** | | | **Credit card debt** | | | | **Notice Only** |
| ACCOUNT NO. <br> **RKL Financial Corporation** <br> **123 S. Justison St. Ste. 300** <br> **Wilmington, DE  19801** | | | | | | | **Notice Only** |

Sheet no. _____**20**___ of ____**27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,228.37**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  Mitchell, Michael W.
_____    Case No. _____
          Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **854060***<br><br>**RKL Financial Corporation**<br>**135 Beaver St**<br>**Waltham, MA  02458-4120** | | | | | | | **Notice Only** |
| ACCOUNT NO. **BU99xxxx**<br><br>**Rockford Merchantile**<br>**Attn: Lavender Healthcare**<br>**POB 5847**<br>**Rockford, IL  61125** | | | **Medical** | | | | **149.00** |
| ACCOUNT NO. **J-065133-2011**<br><br>**Roebling Bank**<br>**POB 66**<br>**Roebling, NJ  08554** | X | | **Judgment**<br>**411 West Roberts Ave Wildwood NJ 08260**<br>**West Side Development, LLC**<br>**BUR L 001407-10** | | | | **352,430.24** |
| ACCOUNT NO.<br><br>**Sally Hand**<br>**121 East Rambler**<br>**Wildwood Crest, NJ  08260** | | | | | | | **Notice Only** |
| ACCOUNT NO.<br><br>**Scott Hand**<br>**121 East Rambler**<br>**Wildwood Crest, NJ  08260** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**Sea Grapes LLC**<br>**5202 Lake Road Unit A**<br>**Wildwood, NJ  08260** | | | | | | | **Notice Only** |
| ACCOUNT NO.<br><br>**Shore Medical Center**<br>**100 Medical Center Way**<br>**Somers Point, NJ  08244** | | | | | | | **Notice Only** |

Sheet no. ____**21**___ of ___**27**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **352,579.24**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE  Mitchell, Michael W.                                                              Case No. _____
                              Debtor(s)                                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Shore Memorial Hospital <br> POB 217 <br> Somers Point, NJ  08244** | | | | | | | **200.00** |
| ACCOUNT NO. <br> **Shore Resort Property Mgt <br> 100 W 1st Ave <br> Wildwood, NJ  08260** | | | | | | | **Notice Only** |
| ACCOUNT NO. <br> **Siesta FL LLC <br> 5202 Lake Road Unit A <br> Wildwood, NJ  08260** | | | | | | | **Notice Only** |
| ACCOUNT NO. F-16497-09 <br> **SLM Financial Corp <br> 300 Continenttial D <br> Newark, DE  19806** | X | | **CV -003379-2009 <br> Mortgage <br> MWM of NJ, Inc.; 4500 New Jersey; 129 Davis; 142-146 Youngs; 209 Poplar; 108 E. Rambler; 5700 Pacific; Grammercy Place** | | | | **10,277,233.00** |
| ACCOUNT NO. 78577xxxx <br> **SMH Radiology <br> 1100 Hector St, Ste 102 <br> Conshohocken, PA  19428** | | | **Medical** | | | | **193.00** |
| ACCOUNT NO. 41455490205 <br> **South Jersey Gas <br> P.O. Box 3121 <br> Southeastern, PA  19398** | | | **Utilities 413 W Roberts Ave Wildwood, NJ 08260** | | | | **45.55** |
| ACCOUNT NO. <br> **SPF 2011 Owner LLC <br> Attn: Trimont Real Estate Advisors <br> 3424 Peachtree Rd NE, Ste 2200 <br> Atlanta, GA  30326** | | | **Mortgage** | | | | **Notice Only** |

Sheet no. _____**22**_____ of _____**27**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $**10,277,671.55**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE <u>Mitchell, Michael W.</u>                                          Case No. _____
                            Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. EA ID # PEA 13001-U2362<br>**State Of New Jersey**<br>**Department Of Environmental Protection**<br>**P.O. Box 420**<br>**Trenton, NJ 08625-0420** | X | | **f MWM of New jersey Inc**<br>**re: 4201 Arctic Avenue Wildwood, NJ** | | | | **Notice Only** |
| ACCOUNT NO.<br>**State Of New Jersey**<br>**Department Of Community Affairs**<br>**P.O. Box 805**<br>**Trenton, NJ 08625** | X | | **Spicer House Condos**<br>**MWM of N.J. Inc.** | | | | **Notice Only** |
| ACCOUNT NO.<br>**State Of New Jersey**<br>**Dept Of Environmental Protection**<br>**9 Ewing Street Mail Code 09-01**<br>**Trenton, NJ 08625** | | | **DEP** | | | | **Notice Only** |
| ACCOUNT NO. J-205341-2003<br>**Stern Lavinthal Frankenberg**<br>**Attn: Countrywide**<br>**105 Eisenhower Pkwy #302**<br>**Roseland, NJ 07068** | | | **Represents creditor** | | | | **Notice Only** |
| ACCOUNT NO.<br>**Summer Sands Condo Assoc**<br>**8401 Atlantic Ave**<br>**Wildwood Crest, NJ 08260** | | | | | | | **Notice Only** |
| ACCOUNT NO. J-121693-2011<br>**Sun Home Loans**<br>**627 Haddon Ave**<br>**Collingswood, NJ 08108** | | | **Judgment**<br>**J 121689-2011** | | | | **2,162,301.95** |
| ACCOUNT NO. 300000066002*<br>**Sun National Bank**<br>**226 W. Landis Ave**<br>**Vineland, NJ 08360** | X | | **also 1000000000C25****<br>**1031 Greenmount; 6010 Park Blvd.; 342 Kings Hwy.** | | | | **Notice Only** |

Sheet no. _____23_ of _____27_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,162,301.95**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  Mitchell, Michael W.                                        Case No. _____
      Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Sunset Bay Of Wildwood Crest, LLC**<br>**5202 Lake Road Unit A**<br>**Wildwood, NJ  08260** | | | | | | | **Notice Only** |
| ACCOUNT NO.<br>**Surfsong Of Wildwood, LLC**<br>**5202 Lake Road Unit A**<br>**Wildwood, NJ  08260** | | | | | | | **Notice Only** |
| ACCOUNT NO.<br>**SYNCB/Gap**<br>**PO Box 965005**<br>**Orlando, FL  32896** | | | | | | | **Notice Only** |
| ACCOUNT NO.<br>**SYNCHRONY Bank/JC Penney**<br>**POB 965007**<br>**Orlando, FL  32896** | | | | | | | **Notice Only** |
| ACCOUNT NO.<br>**Synchrony/GAP**<br>**140 Corporate Blvd**<br>**Norfolk, VA  22502** | | | | | | | **Notice Only** |
| ACCOUNT NO. **CPM-L-413-15**<br>**Syracuse In The Crest LLC**<br>**5202 Lake Rd**<br>**Wildwood Crest, NJ  08260** | | | | | | | **Notice Only** |
| ACCOUNT NO.<br>**Tamika T. McKoy, Esq.**<br>**ATTN: Domingo & Lourdes Benitez**<br>**520 Cooper Street**<br>**Camden, NJ  08102** | | | **related: F-00426-15** | | | | **Notice Only** |

Sheet no. _____ **24** of _____ **27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Mitchell, Michael W.**                                                    Case No. _____
            Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **F-012719-13**<br>**Taylor & Keyser**<br>**Attn: Empire TF2 Jersey Holdings LLC**<br>**76 E Euclid Avenue, Ste 202**<br>**Haddonfield, NJ  08033** | | | **4211 Arctic Ave wildwood NJ**<br>**TSC 2010-0128** | | | | **Notice Only** |
| ACCOUNT NO. **1000000136116xxxx**<br>**TD Bank**<br>**POB 219**<br>**Lewiston, ME  04243** | | | **Other** | | | | **Notice Only** |
| ACCOUNT NO. **260100000001xxxx**<br>**The Bank Of Greene City**<br>**POB 470**<br>**Catskill, NY  12414** | | | **Other** | | | | **Notice Only** |
| ACCOUNT NO.<br>**The Flying Dutchman Of North Wildwood LL**<br>**5202 Lake Road Unit A**<br>**Wildwood, NJ  08260** | | | | | | | **Notice Only** |
| ACCOUNT NO.<br>**The Law Office Of Seth A. Fuscellaro**<br>**100 East Rio Grande Avenue**<br>**Wildwood, NJ  08260** | | | **See Grapes LLC** | | | | **8,190.00** |
| ACCOUNT NO.<br>**The Spicer House Condo Assoc**<br>**C/O Denise Mawhimay**<br>**3616 Naamans Dr**<br>**Claymont, DE  19703** | **X** | | | | | | **Notice Only** |
| ACCOUNT NO.<br>**The Wildwoods Of New Jersey LLC**<br>**5202 Lake Road Unit A**<br>**Wildwood, NJ  08260** | | | | | | | **Notice Only** |

Sheet no. _____**25**_ of _____**27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **8,190.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  Mitchell, Michael W.
_____          Case No. _____
                    Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **The Woods At Vorhees, LLC** <br> **5202 Lake Rd. Unit A** <br> **Wildwood, NJ  08260** | | | | | | | Notice Only |
| ACCOUNT NO. <br> **Theresa Castagliuola** <br> **7200 Pacific** <br> **Wildwood Crest, NJ  08260** | | | | | | | Notice Only |
| ACCOUNT NO. **106*** <br> **Third Federal Savings** <br> **3 Penns Trl.** <br> **Newtown, PA  18940** | | | also 109* | | | | Notice Only |
| ACCOUNT NO. **1503701** <br> **Trimount Real Estate Advisors** <br> **3424 Peachtree Rd NE** <br> **Atlanta, GA  30326** | X | | **1031 Greenmount LLC** <br> **Sun Natl Bank Loan No 973800** | | | | Notice Only |
| ACCOUNT NO. **DC 004707-10** <br> **United Rentals** <br> **6701 Delilah Rd** <br> **Egg Harbor Twp, NJ  08234** | | | | | | | Notice Only |
| ACCOUNT NO. <br> **Universal Building Supply** <br> **816 Doughty Rd** <br> **Pleasantville, NJ  08232** | | | **ESTIMATED BALANCE OWED** | | | | **100,000.00** |
| ACCOUNT NO. **51094800\*\*\*\*** <br> **Valley National Bank** <br> **31-00 Broadway** <br> **Fair Lawn, NJ  07410** | | | | | | | Notice Only |

Sheet no. _____**26** of _____**27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | 100,000.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Mitchell, Michael W. _____    Case No. _____
          Debtor(s)                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **789000825101xxxx** <br><br>**Verizon** <br>**500 Technology Dr, Ste 300** <br>**Weldon Spring, MO  63304** | | | **Utilities** | | | | **340.12** |
| ACCOUNT NO. <br><br>**Verizon Wireless** <br>**20 Alexander Dr** <br>**Wallingford, CT  06492** | | | | | | | **Notice Only** |
| ACCOUNT NO. <br><br>**Washington Mutual Bank** <br>**7757 Bayberry Rd.** <br>**Jacksonville, FL  32256** | | | **Mortgage** | | | | **Notice Only** |
| ACCOUNT NO. <br><br>**West Side Development LLC** <br>**5202 Lake Rd. Unit A** <br>**Wildwood, NJ  08260** | | | | | | | **Notice Only** |
| ACCOUNT NO. **CPM-L-731-09 F-15216-10** <br><br>**Youngblood FranklinSampoli & Coomb** <br>**Cape Bank** <br>**1201 New Road, Suite 230** <br>**Linwood, NJ  08221-1159** | X | | **Represents creditor** | | | | **Notice Only** |
| ACCOUNT NO. <br><br><br><br> | | | | | | | |
| ACCOUNT NO. <br><br><br><br> | | | | | | | |

Sheet no. ____**27**____ of ____**27**____ continuation sheets attached to                      Subtotal   $     **340.12**
Schedule of Creditors Holding Unsecured Nonpriority Claims            (Total of this page)  

                                                               Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $**19,747,593.65**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Mitchell, Michael W.**                                                                 Case No. _____
                                    Debtor(s)                                                                      (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

   Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Domingo & Lourdes Benitez**<br>**819 Little Somerset Rd**<br>**Glouchester Twp, NJ  08034** | **agreement of sale for 819 Little Somerset Rd Glouchester, NJ 08034** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE Mitchell, Michael W. _____    Case No. _____
                        Debtor(s)                                                     (If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| 1031 Greenmount LLC<br>5202 Lake Road Unit A<br>Wildwood, NJ  08260 | Trimount Real Estate Advisors<br>3424 Peachtree Rd NE<br>Atlanta, GA  30326<br><br>Sun National Bank<br>226 W. Landis Ave<br>Vineland, NJ  08360 |
| 108 Rambler LLC<br>5202 Lake Rd. Unit A<br>Wildwood, NJ  08260 | Cape Bank<br>225 North Main Street<br>CMCH, NJ  08210<br><br>SLM Financial Corp<br>300 Continenttial D<br>Newark, DE  19806 |
| Anchor Beach Club, LLC<br>5202 Lake Rd. Unit A<br>Wildwood, NJ  08260 | Cape Bank<br>225 North Main Street<br>CMCH, NJ  08210<br><br>SLM Financial Corp<br>300 Continenttial D<br>Newark, DE  19806 |
| Dock Street Of Wildwood, LLC<br>5202 Lake Rd. Unit A<br>Wildwood, NJ  08260 | Parke Bank<br>POB 40<br>Sewell, NJ  08080<br><br>Dembo & Saldutti, LLP<br>Attn Parke Bank<br>1300 Route 73, Ste 205<br>Mt. Laurel, NJ  08054 |
| Grammercy Avenue LLC<br>5202 Lake Rd. Unit A<br>Wildwood, NJ  08260 | Cape Bank<br>225 North Main Street<br>CMCH, NJ  08210<br><br>SLM Financial Corp<br>300 Continenttial D<br>Newark, DE  19806 |
| KEK Construction Inc<br>5202 Lake Rd Unit A<br>Wildwood, NJ  08260 | Atlantic City Electric<br>POB 13610<br>Philadelphia, PA  19101<br><br>Essex Insurance Company<br>4521 Highlands Parkway<br>Glen Allen, VA  23060<br><br>Prime Rate Premium Finance Corp, Inc<br>Po Box 100507<br>Florence, SC  29502<br><br>Calhoun Agency Inc<br>19 Tanner St |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

IN RE  Mitchell, Michael W.                                          Case No.
                    Debtor(s)                                                      (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Haddonfield, NJ  08033 |
| | **BB&T**<br>**POB 2027**<br>**Greenville, SC  29602** |
| **Kim Mitchell**<br>**5202 Lake Rd. Apt A**<br>**Wildwood, NJ  08260** | **OCWEN Loan Servicing**<br>**3451 Hammond Avenue**<br>**Waterloo, IA  50702** |
| | **Roebling Bank**<br>**POB 66**<br>**Roebling, NJ  08554** |
| | **Marriott Ownership Resorts**<br>**12000 Us Highway 98 S Ste 19**<br>**Lakeland, FL  33801** |
| | **Greenbaum Rowe Smith & Davis**<br>**Attn: Marriott Ownership Resorts**<br>**POB 5600**<br>**Woodbridge, NJ  07095** |
| | **Youngblood FranklinSampoli & Coomb**<br>**Cape Bank**<br>**1201 New Road, Suite 230**<br>**Linwood, NJ  08221-1159** |
| | **Atlantic City Electric**<br>**POB 13610**<br>**Philadelphia, PA  19101** |
| | **Bank Of The West**<br>**2527 Camino Ramon**<br>**San Ramon, CA  94583** |
| | **Chase**<br>**POB 15298**<br>**Wilmington, DE  19850-5298** |
| | **Prime Rate Premium Finance Corp, Inc**<br>**Po Box 100507**<br>**Florence, SC  29502** |
| | **Calhoun Agency Inc**<br>**19 Tanner St**<br>**Haddonfield, NJ  08033** |
| | **Fox Chase Fed Svg Bank**<br>**401 Rhawn St**<br>**Philadelphia, PA  19112-2250** |
| | **Marriot Vacation Club**<br>**1200 Bartow Rd International**<br>**Lakeland, FL  23801** |
| | **OCWEN Loan Servicing, LLC**<br>**12650 Ingenuity Dr**<br>**Orlando, FL  32826-2703** |
| **M.W. Mitchell, Inc.** | **Nudelman Klemm & Golub** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

IN RE Mitchell, Michael W.                                                    Case No. _____
           Debtor(s)                                                    (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| 5202 Lake Rd. Apt A.<br>Wildwood, NJ 08260 | Attn: Capital One<br>425 Eagle Rock Avenue<br>Roseland, NJ 07068<br><br>Borough Of Wildwood Crest<br>6101 Pacific Ave<br>Wildwood Crest, NJ 08260<br><br>Penn Jersey Building Materials<br>6761 Washington Ave<br>Egg Harbor Twp, NJ 08234 |
| MW Mitchell Builders Developers Inc<br>5202 Lake Rd Unit A<br>Wildwood, NJ 08260 | Roebling Bank<br>POB 66<br>Roebling, NJ 08554 |
| MWM Of New Jersey Inc.<br>5202 Lake Road Unit A<br>Wildwood, NJ 08260 | Roebling Bank<br>POB 66<br>Roebling, NJ 08554<br><br>Youngblood FranklinSampoli & Coomb<br>Cape Bank<br>1201 New Road, Suite 230<br>Linwood, NJ 08221-1159<br><br>SLM Financial Corp<br>300 Continenttial D<br>Newark, DE 19806<br><br>Trimount Real Estate Advisors<br>3424 Peachtree Rd NE<br>Atlanta, GA 30326<br><br>Department Of Community Affairs<br>Division Of Codes And Standards<br>Po Box 805<br>Trenton, NJ 08625<br><br>State Of New Jersey<br>Department Of Environmental Protection<br>P.O. Box 420<br>Trenton, NJ 08625-0420<br><br>Morgan Bornstein & Morgan<br>Attn: Grove Supply<br>1236 Brace Rd, Suite K<br>Cherry Hill, NJ 08034<br><br>Megan LLC<br>C/O Archer & Greiner<br>1 Centennial Sq.<br>Haddonfield, NJ 08033<br><br>Borough Of Wildwood Crest<br>6101 Pacific Ave<br>Wildwood Crest, NJ 08260<br><br>Sun National Bank<br>226 W. Landis Ave<br>Vineland, NJ 08360 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) – Cont.

**IN RE** Mitchell, Michael W. _____     Case No. _____

                        Debtor(s)                                               (If known)

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | State Of New Jersey<br>Department Of Community Affairs<br>P.O. Box 805<br>Trenton, NJ 08625<br><br>The Spicer House Condo Assoc<br>C/O Denise Mawhimay<br>3616 Naamans Dr<br>Claymont, DE 19703 |
| **North Wildwood Nineteen LLC**<br>5202 Lake Road Unit A<br>Wildwood, NJ 08260 | Megan LLC<br>C/O Archer & Greiner<br>1 Centennial Sq.<br>Haddonfield, NJ 08033 |
| **Surfsong Of Wildwood, LLC**<br>5202 Lake Rd Unit A<br>Wildwood, NJ 08260 | Megan LLC<br>C/O Archer & Greiner<br>1 Centennial Sq.<br>Haddonfield, NJ 08033 |
| **The Woods At Vorhees, LLC**<br>5202 Lake Rd. Unit A<br>Wildwood, NJ 08260 | Megan LLC<br>C/O Archer & Greiner<br>1 Centennial Sq.<br>Haddonfield, NJ 08033 |
| **West Side Development LLC**<br>5202 Lkke Rd Unit A<br>Wildwood, NJ 08260 | Roebling Bank<br>POB 66<br>Roebling, NJ 08554<br><br>Raymond & Coleman<br>Attn: Roebling Bank<br>325 New Albany Rd.<br>Moorestown, NJ 08057 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

Debtor 1    **Michael W. Mitchell** _____
　　　　　 First Name　　　　　Middle Name　　　　　Last Name

Debtor 2 _____
(Spouse, if filing)  First Name　　　　　Middle Name　　　　　Last Name

United States Bankruptcy Court for the: District of New Jersey

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
　 chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:　Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may Include student or homemaker, if it applies.

|  | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|
| Employment status | ☑ Employed <br> ☐ Not employed | ☐ Employed <br> ☑ Not employed |
| Occupation | _____ | _____ |
| Employer's name | _____ | _____ |
| Employer's address | _____ <br> Number  Street | _____ <br> Number  Street |
|  | _____ | _____ |
|  | _____ <br> City　　　State　ZIP Code | _____ <br> City　　　State　ZIP Code |
| How long employed there? | _____ | _____ |

### Part 2:　Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.　$　0.00 | $　0.00 |
| 3. **Estimate and list monthly overtime pay.** | 3.　+ $　0.00 | + $　0.00 |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4.　$　0.00 | $　0.00 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Debtor 1    **Michael W. Mitchell**
First Name    Middle Name    Last Name    Case number (*if known*)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ................................................. ➔ | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

|  |  |  |  |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: _____ | 5h. | + $ 0.00 | + $ 0.00 |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ 0.00 | $ 0.00 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 0.00 |

8. **List all other income regularly received:**

|  |  |  |  |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _Unemployment_ | 8f. | $ 2,800.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: _____ | 8h. | + $ 0.00 | + $ 0.00 |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 2,800.00 | $ 0.00 |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 2,800.00 + $ 0.00 = | $ 2,800.00 |

11. **State all other regular contributions to the expenses that you list in *Schedule J.***

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. + $    0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies    12.    $ 2,800.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain:    See Continuation Sheet

**IN RE** <u>Mitchell, Michael W.</u>                                                Case No. _____
                                    Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 2

Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Debtor is currently laid off from his position as project manager at J Ballard Construction Inc. and is receiving unemployment; he expects to be back to work within 60 days. His income there is approx. $6500 per month gross, $5100 net.**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

Debtor 1   **Michael W. Mitchell**
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the: District of New Jersey

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No. **Go to line 2.**
   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No
       ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent.........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | **20** | ☐ No ☑ Yes |
| **Son** | **16** | ☐ No ☑ Yes |
| **Daughter** | **14** | ☐ No ☑ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

|  | Your expenses |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

4.    $ ___1,000.00___

If not included in line 4:

4a.   Real estate taxes                      4a.   $ ___0.00___

4b.   Property, homeowner's, or renter's insurance   4b.   $ ___0.00___

4c.   Home maintenance, repair, and upkeep expenses   4c.   $ ___0.00___

4d.   Homeowner's association or condominium dues   4d.   $ ___0.00___

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Debtor 1   **Michael W. Mitchell** _____   Case number (if known) _____
First Name   Middle Name   Last Name

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | Your expenses |
|---|---|---|---|

5.  **Additional mortgage payments for your residence**, such as home equity loans   5.   $ _____0.00_____

6.  **Utilities:**

   6a.   Electricity, heat, natural gas   6a.   $ _____200.00_____

   6b.   Water, sewer, garbage collection   6b.   $ _____48.00_____

   6c.   Telephone, cell phone, Internet, satellite, and cable services   6c.   $ _____210.00_____

   6d.   Other. Specify: **Cable, Internet, Phone** _____   6d.   $ _____200.00_____

7.  **Food and housekeeping supplies**   7.   $ ____1,300.00____

8.  **Childcare and children's education costs**   8.   $ _____200.00_____

9.  **Clothing, laundry, and dry cleaning**   9.   $ _____400.00_____

10.  **Personal care products and services**   10.   $ _____150.00_____

11.  **Medical and dental expenses**   11.   $ _____300.00_____

12.  **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.   12.   $ _____800.00_____

13.  **Entertainment, clubs, recreation, newspapers, magazines, and books**   13.   $ _____0.00_____

14.  **Charitable contributions and religious donations**   14.   $ _____0.00_____

15.  **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a.   Life insurance   15a.   $ _____0.00_____

   15b.   Health insurance   15b.   $ _____0.00_____

   15c.   Vehicle insurance   15c.   $ _____244.00_____

   15d.   Other insurance. Specify:_____   15d.   $ _____0.00_____

16.  **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____   16.   $ _____0.00_____

17.  **Installment or lease payments:**

   17a.   Car payments for Vehicle 1   17a.   $ _____0.00_____

   17b.   Car payments for Vehicle 2   17b.   $ _____0.00_____

   17c.   Other. Specify:_____   17c.   $ _____0.00_____

   17d.   Other. Specify:_____   17d.   $ _____0.00_____

18.  **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 6I).**   18.   $ _____0.00_____

19.  **Other payments you make to support others who do not live with you.**
Specify:_____   19.   $ _____0.00_____

20.  **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

   20a.   Mortgages on other property   20a.   $ _____0.00_____

   20b.   Real estate taxes   20b.   $ _____0.00_____

   20c.   Property, homeowner's, or renter's insurance   20c.   $ _____0.00_____

   20d.   Maintenance, repair, and upkeep expenses   20d.   $ _____0.00_____

   20e.   Homeowner's association or condominium dues   20e.   $ _____0.00_____

Debtor 1 __**Michael W. Mitchell**_____    Case number *(if known)*_____
           First Name    Middle Name         Last Name

21.  **Other**. Specify: __Miscellaneous_____    21.  +$_____200.00_____

22.  **Your monthly expenses.** Add lines 4 through 21.
     The result is your monthly expenses.                          22.  $_____5,252.00_____

23.  **Calculate your monthly net income.**

     23a.  Copy line 12 (*your combined monthly income*) from *Schedule I.*    23a.  $_____2,800.00_____

     23b.  Copy your monthly expenses from line 22 above.          23b.  − $_____5,252.00_____

     23c.  Subtract your monthly expenses from your monthly income.
           The result is your *monthly net income*.                23c.  $_____-2,452.00_____

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

     For example, do you expect to finish paying for your car loan within the year or do you expect your
     mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

     ☑ No.
     ☐ Yes.    **None**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Official Form 6 - Summary) (12/13)

**United States Bankruptcy Court**
**District of New Jersey**

IN RE:                                                           Case No. _____

Mitchell, Michael W. _____   Chapter 7 _____
                          Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $      100,000.00 | | |
| B - Personal Property | Yes | 3 | $       16,800.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $      111,510.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $           0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 28 | | $   19,747,593.65 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 4 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 4 | | | $       2,800.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $       5,252.00 |
| TOTAL | | 47 | $      116,800.00 | $   19,859,103.65 | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B 6 Summary (Official Form 6 - Summary) (12/14)

**United States Bankruptcy Court**
**District of New Jersey**

IN RE:                                                                 Case No. _____

Mitchell, Michael W. _____   Chapter **7** _____
                                        Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ |
| Average Expenses (from Schedule J, Line 22) | $ |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

**IN RE** Mitchell, Michael W. _____     Case No. _____
                    Debtor(s)                                                                                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **49** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **November 10, 2015**_____     Signature: **/s/ Michael W. Mitchell**_____
                                                                              **Michael W. Mitchell**                                Debtor

Date: _____     Signature: _____
                                                                                                                                 (Joint Debtor, if any)
                                                                              [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____     _____
Signature of Bankruptcy Petition Preparer                                                      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____

                                                                              _____
                                                                              (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

## United States Bankruptcy Court
## District of New Jersey

IN RE:                                                                    Case No. _____

**Mitchell, Michael W.**                                                  Chapter **7** _____
_____
Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**First Bank Of New York Mellon** | **Describe Property Securing Debt:**<br>**819 Little Somerset Road Glouchester Twp. (Camden County) NJ 080** |

Property will be *(check one)*:
☑ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt  ☑ Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:**<br>**OCWEN Loan Servicing** | **Describe Property Securing Debt:**<br>**819 Little Somerset Road Glouchester Twp. (Camden County) NJ 080** |

Property will be *(check one)*:
☑ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt  ☑ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**Domingo & Lourdes Benitez** | **Describe Leased Property:**<br>**agreement of sale for 819 Little Somerset Rd Glouchester, NJ 080** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☑ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____**November 10, 2015**_____          ***/s/ Michael W. Mitchell***_____
                                                 Signature of Debtor

                                                 _____
                                                 Signature of Joint Debtor

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/13)

**United States Bankruptcy Court**
**District of New Jersey**

IN RE:                                                                                              Case No. _____

**Mitchell, Michael W.** _____    Chapter **7** _____
                                              Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

**1. Income from employment or operation of business**

None
☐  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| -1,112,151.00 | 2014 income |
| -974,338.00 | 2013 income (loss) per 2013 tax return - Debtor and non-filing spouse |
| 59,000.00 | 2015 income year to date est - Debtor and non-filing spouse |

---

**2. Income other than from employment or operation of business**

None
☑  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None
☑  *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Countrywide Home Loans L-127-03; J-205341-2003** | **Civil** | **NJ Superior Court** | **Judgment** |
| **Parke Bank L-6080-09; J-250765-2010** | **Civil** | **NJ Superior Court** | **Judgment** |
| **Roebling Bank L-1407-10; J-065133-2011** | **Civil** | **NJ Superior Court** | **Judgment** |
| **Sun Home Loans Inc. L-411-10; J-121693-2011** | **Civil** | **NJ Superior Court** | **Judgment** |
| **Marriott Ownership Resorts, Inc. F-33903-10** | **Foreclosure** | **NJ Superior Court** | **Judgment** |
| **Capital One v. Mitchell  Case No. DC-000048-14** | **collection** | **Superior Court of NJ  Law Div Cape May County** | **judgment for plaintiff** |
| **Benitez v. Michael W. Mitchell, M.W. Mitchell Inc** | **contract, fraud** | **Superior Court of NJ, Camden County, Chancery Division** | **pending** |
| **First Bank of New York Mellon v. Michael W. Mitchell  Case No. F-00426-15** | **foreclosure** | **Superior Court of NJ, Camden County, Chancery Division** | **pending** |
| **Capital One Bank USA NA v. Mitchell case No. DC 000174-14** | **civil** | **Superior Court of NJ, Cape May County** | **judgment for plaintiff** |
| **Empire TF2 Jersey Holdings LLC v. M.W.M. of New Jersey F-01271913** | **foreclosure of tax sale certificate** | **Sup. Ct. of NJ, Cape May County, Chancery Div.** | **judgment for plaintiff** |

None ☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Capital One POB 71083 Charlotte, NJ  28272** | **5/2014** | **$3240 form TD Bank #6473 checking** |

**5. Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Cape Bank 225 North Main Street** | **June 2014** | **509 W Spicer Ave Wildwood NJ $90,000** |

CMCH, NJ  08210

| | | |
|---|---|---|
| Empire TF2 Jersey Holdings LLC<br>57 W 38th St 9th Flr<br>New York, NY  10018 | 2015 | 4201-11 Arctic Ave Wildwood, NJ<br>08260<br>tax sale certificate 2010-0128 foreclosure  Case No.<br>F-01271913 |

**6. Assignments and receiverships**

None   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Start Fresh** | 09/24/2015 | 20.00 |
| **Subranni Zauber LLC**<br>**1624 Pacific Avenue**<br>**Atlantic City, NJ  08401** | 07/30/2015 | 7,500.00 |

**10. Other transfers**

None ☑  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☐  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **TD Bank**<br>**POB 9223**<br>**Farmington Hills, MI  48333** | **business checking #2396** | **July 2015 closing bal $60** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

TD Bank                                    business checking #7776                    July 2015 clsoing bal; $3
POB 9223
Farmington Hills, MI  48333

I.R.A.                                                                                closed acct - $13,400 May 2015

---

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☐ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 106 E. Rambler, Wildwood Crest, NJ 08260 | same | 2009-July 2013 |

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☐ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| 4201 Arctic Ave Wildwood NJ Prop is owned by MWM of New Jersey Inc | State Of NJ Dept Of Environmental Protection 9 Ewing Street Mail Code 09-01 Trenton, NJ  08625-0000 | 2/10/14 | NJAC 7:26-2.8(f) |

---

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**18. Nature, location and name of business**

<sup>None</sup> ☐   a. *If the debtor is an individual,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **APM of New Jersey LLC** | **2269** | **524 White Horse Pike Audubon, NJ  08106-0000** | **Real Estate** | **Nov. 2001 to Dec. 2008** |
| **CMA of New Jersey LLC** | **9260** | **342 Kings Hwy Haddonfield, NJ  08033-0000** | **Real estate** | **Sept. 2002 to Dec. 2009** |
| **M & K of New Jersey LLC** | **2330** | **524 White Horse Pike Audubon, NJ  08106-0000** | **Real Estate** | **Nov. 2001-Dec. 2009** |
| **MBM of New Jersey LLC** | **2270** | **P.O. Box 255 Haddonfield, NJ  08033-0000** | **Real Estate** | **Nov. 2001 to Dec. 2010** |
| **MW Mitchell Inc** | **3072** | **5202 Lake Road Unit A Wildwood, NJ  08260-0000** | **Construction** | **Oct. 1997 - present** |
| **MW Mitchell HVAC LLC** | **2926** | **5202 Lake Rd Wildwood, NJ  08260-0000** | **Real Estate** | **Nov. 2001-present** |
| **Michael And Kim Mitchell LLC** | **3108** | **524 White Horse Pike Audubon, NJ  08106-0000** | **Real Estate** | **Jan 2005 to Dec. 2009** |
| **MW Mitchell Builders Developers Inc.** | **2237** | **524 White Horse Pike Audubon, NJ  08106-0000** | **Construction** | **Sept. 2008-Dec. 2011** |
| **MWM Of New Jersey Inc.** | **2280** | **5202 Lake Road Unit A Wildwood, NJ  08260-0000** | **Construction** | **Oct. 2001-present** |
| **Siesta FL LLC** | **5113** | **524 White Horse Pike Audubon, NJ  08106-0000** | **Real Estate** | **Dec. 2008 -Dec. 2009** |
| **Angelsea Of North Wildwood LLC** | **1591** | **28 Byron Drive Mount Laurel, NJ  08054-0000** | **Real Estate** | **Aug 2009-Dec. 2010** |
| **Beach Deli Corp** | **4043** | **524 Wite Horse Pike Audubon, NJ  00000-0810** | **Real Estate** | **Aug 2009-present** |
| **Beachside Deli Of North Wildwood LLC** | **6596** | **342 Kings Highway Haddonfield, NJ  08033-0000** | **Deli** | **Apr 2009-Dec 2009** |
| **118 Rio Grande Avenue LLC** | **1083** | **342 Kings Highway Haddonfield, NJ  08033** | **Real Estate** | **Aug. 2009-Dec. 2010** |
| **KEM Management Services Inc.** | **7971** | **342 Kings Highway Haddonfield, NJ  08033-0000** | **Real Estate Management** | **Dec. 2008-Dec. 2009** |
| **M And M of New Jersey Partnership** | **7257** | **P.O. Box 255 Haddonfield, NJ  08033-0000** | **Real Estate** | **Feb. 2003-Dec. 2012** |
| **KEK Construction Inc.** | **2420** | **5202 Lake Road Unit A Wildwood, NJ  08260-0000** | **Construction;** | **Aug 2010-Dec 2013** |
| **AMC Construction LLC** | **9476** | **5202 Lake Rd. Unit A Wildwood, NJ  08260-0000** | **Construction; LLC established but has never done any business; LLC has no assets nor any liabilities; does not have a** | **Jun 2011-present** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | bank account or any other accounts. | |
|---|---|---|---|---|
| Grammercy Avenue LLC | 4811 | 5202 Lake Rd Unit A Wildwood, NJ 08260-0000 | Real Estate | Dec. 2008-present |
| Pacific In The Crest, LLC | 6467 | 5202 Lake Rd Unit A Wildwood, NJ 08260-0000 | Real Estate | Apr 2005-present |
| MPK Associates, LLC | 1643 | 5202 Lake Rd Unit A Wildwood, NJ 08260-0000 | Real Estate | Feb 2003 to present |
| Anchor Beach Club, LLC | 0770 | 5202 Lake Road Unit A Wildwood, NJ 08260-0000 | Real Estate | Aug 2002-present |
| The Woods At Vorhees, LLC | 5797 | 5202 Lake Road Unit A Wildwood, NJ 08260-0000 | Real Estate | Mar 2007-present |
| 1031 Greenmount, LLC | 3585 | 5202 Lake Road Unit A Wildwood, NJ 08260-0000 | Real Estate | Nov. 2007-present |
| 108 Rambler LLC | 8993 | 5202 Lake Road Unit A Wildwood, NJ 08260-0000 | Real Estate | May 2007-present |
| 214 Nashville Ave. LLC | 9009 | 342 Kings Hwy Haddonfield, NJ 08033-0000 | Real Estate | Oct 2007-Dec. 2009 |
| Catherine By The Sea, LLC | 3923 | P.O. Box 255 Haddonfield, NJ 08033-0000 | Real Estate | May 2003-Dec. 2010 |
| Dock Street Of Wildwood, LLC | 2694 | 5202 Lake Road Unit A Wildwood, NJ 08260-0000 | Real Estate | Sept 2004-present |
| West Side Development LLC | 0801 | 5202 Lake Rd. Unit A Wildwood, NJ 08260-0000 | Real Estate | Mar 2007-present |
| Sunset Bay Of Wildwood Crest, LLC | 2180 | 524 White Horse Pike Audubon, NJ 08106-0000 | Real Estate | Mar 2003 - Dec 2008 |
| MWMW Of New Jersey Inc. | 6462 | 5202 Lake Rd. Unit A Wildwood, NJ 08260 | Real estate | 07/11/12 to 12/31/2013 |

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☑ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within the **two years** immediately preceding the commencement of this case.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**20. Inventories**

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☐ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| | | **0.000000** |

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **November 10, 2015**            Signature  */s/ Michael W. Mitchell*
of Debtor                                                        **Michael W. Mitchell**

Date: _____            Signature _____
of Joint Debtor
(if any)

_____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of New Jersey**

IN RE:                                                                                    Case No. _____

**Mitchell, Michael W.** _____    Chapter **7** _____
                                                    Debtor(s)

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $   **$7500/PrePet**

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $   **7,500.00**

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $   _____

2.  The source of the compensation paid to me was:   ☑ Debtor   ☐ Other (specify)

3.  The source of compensation to be paid to me is:   ☑ Debtor   ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  ~~Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;~~
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]
    **The Firm also agrees to accept $0 for post petition legal services after rendered including representation at the 341(a) meeting of creditors. In addition to the said $0 post petition regular fee, the Firm will bill the Debtor for all services based on an hourly rate.  All pre-petition fees have been paid prior to filing the petition, and if not paid, the Firm will not bill Client.  Other terms and conditions contained in the retainer agreement are incorporated by reference herein.**

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:
    **The terms and conditions contained in the retainer agreement are incorporated by reference herein.**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**November 10, 2015**_____    _*/s/ Scott M. Zauber, Esq.*_____
                        Date                                      Scott M. Zauber, Esq. SZ6086
                                                                  SUBRANNI ZAUBER LLC□□□□□ ;êA0ú°î ZAUBER
                                                                  1624 Pacific Avenue
                                                                  Atlantic City, NJ  08401-0000

                                                                  szauber@subranni.com

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

FB 201A (Form 201A) (06/14)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total fee $335)
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13**: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11**: Reorganization ($1167 filing fee, $550 administrative fee: Total fee $1717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12**: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201B (Form 201B) (12/09)

**United States Bankruptcy Court**
**District of New Jersey**

IN RE:                                                                Case No. _____

Mitchell, Michael W. _____    Chapter **7** _____
                                    Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____        Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer    petition preparer is not an individual, state
Address:                                                            the Social Security number of the officer,
_____        principal, responsible person, or partner of
                                                                   the bankruptcy petition preparer.)
_____        (Required by 11 U.S.C. § 110.)
**X**_____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

Mitchell, Michael W. _____    **X** *_/s/ Michael W. Mitchell_*_____    **11/10/2015**
Printed Name(s) of Debtor(s)                     Signature of Debtor                              Date

Case No. (if known) _____    **X**_____
                                                          Signature of Joint Debtor (if any)              Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Mitchell, Michael W.
5202 Lake Road, Unit A
Wildwood, NJ  08260

America's Servicing Company
8480 Stagecoach Cir.
Frederick, MD  21701

Atlantic On The Crest LLC
5202 Lake Road Unit A
Wildwood, NJ  08260


SUBRANNI ZAUBER LLC□□□□ ;ëA0ú°i
ZAUBER
1624 Pacific Avenue
Atlantic City, NJ  08401-0000

American Express
POB 981537
El Paso, TX  79998

Attorney General State Of NJ
PO Box 080
Trenton, NJ  08625-0080


1031 Greenmount LLC
5202 Lake Road Unit A
Wildwood, NJ  08260

Anchor Beach Club, LLC
5202 Lake Rd. Unit A
Wildwood, NJ  08260

Audubon Savings Bank
515 S. White Horse Pike
Audubon, NJ  08106


1031 Greenmount LLC
5202 Lake Rd. Unit A
Wildwood, NJ  08260

Anchor Beach Condominium Assoc
5202 Lake Road Unit A
Wildwood, NJ  08260

Bank of America
4161 Piedmont Pkwy
Greensboro, NC  27410


108 Rambler LLC
5202 Lake Rd. Unit A
Wildwood, NJ  08260

Anglesea Of North Wildwood LLC
28 Byron Drive
Mount Laurel, NJ  08054

Bank of America
POB 982235
El Paso, TX  79998


116 Hand Avenue LLC
5202 Lake Road Unit A
Wildwood, NJ  08260

Apex Asset Management
Attn: Heymann Manders
1286 Carmichael Way
Montgomery, AL  36106

Bank Of The West
2527 Camino Ramon
San Ramon, CA  94583


118 Rio Grande Avenue LLC
5202 Lake Road Unit A
Wildwood, NJ  08260

APM Of New Jersey LLC
5202 Lake Road Unit A
Wildwood, NJ  08260

Barclays Bank Delaware
POB 8803
Wilmington, DE  19899-8803


214 Nashville Ave. LLC
5202 Lake Road Unit A
Wildwood, NJ  08260

Archer & Greiner
ATTN DeFrancesco Associates
POB 3000
Haddonfield, NJ  08033

Baruffi Bros Inc
907 N. Main Rd
Vineland, NJ  08360


Alliance One Receivables Management
Attn: Capital One
4850 Street Rd., Suite 300
Trevose, PA  19053

ARS
Attn: Chase Bank USA
1801 NW 66th Ave., Ste. 200
Fort Lauderdale, FL  33318

Bayberry Of North Wildwood
5202 Lake Road Unit A
Wildwood, NJ  08260


AMC Construction LLC
5202 Lake Rd. Unit A
Wildwood, NJ  08260

Atlantic City Electric
POB 13610
Philadelphia, PA  19101

BB&T
POB 2027
Greenville, SC  29602

Beach Deli Corp
5202 Lake Road Unit A
Wildwood, NJ  08260

Carol Schoening
5305 Lake Road
Wildwood Crest, NJ  08260

Collection & Recoveries
Attn: Shore Medical Center
PO Box 35
Northfield, NJ  08225

Beachside Deli Of North Wildwood LLC
5202 Lake Road Unit A
Wildwood, NJ  08260

Chase
POB 15298
Wilmington, DE  19850-5298

Comenity Bank
POB 182789
Columbus, OH  43218-2789

Borough Of Wildwood Crest
6101 Pacific Ave
Wildwood Crest, NJ  08260

Chase Auto Finance
POB 901706
Fort Worth, TX  76101

Commercial Loans
1771 Springdale Rd
Cherry Hill, NJ  08003

Calhoun Agency Inc
19 Tanner St
Haddonfield, NJ  08033

Citi
POB 6077
Sioux Falls, SD  57117

Countrywide Home Loans
POB 5170
Simi Valley, CA  93062-5170

Cape Bank
225 North Main Street
CMCH, NJ  08210

Citibank
701 E. 60th St N
Sioux Falls, SD  57104

Creative Plaything-SYNCB
POB 965036
Orlando, FL  32896

Capital One
POB 30281
Salt Lake City, UT  84130-0281

Citicards CBNA
Attn:  CDV Disputes
POB 6241
Sioux Falls, SD  57117-6241

Credit One Bank
POB 98873
Las Vegas, NV  89193

Capital One Bank (USA) NA
Attn: Nudelman Klemm & Golub
425 Eagle Rock Ave.
Roseland, NJ  07068

Citimortgage
POB 6243
Sioux Falls, SD  57117

Dembo & Saldutti, LLP
Attn Parke Bank
1300 Route 73, Ste 205
Mt. Laurel, NJ  08054

Capital One Bank (USA) NA
Attn; Hayt Hayt & Landau
POB 500
Eatontown, NJ  07724

Citimortgage
POB 9438
Gaithersburg, MD  20898

Department Of Community Affairs
Division Of Codes And Standards
Po Box 805
Trenton, NJ  08625

Capital One Bank USA NA
POB 85015
Richmond, VA  23285-5015

CMA Of New Jersey LLC
5202 Lake Road Unit A
Wildwood, NJ  08260

Division Of Consumer Affairs
PO Box 45027
Newark, NJ  07101

Carherine By The Sea, LLC
5202 Lake Road Unit A
Wildwood, NJ  08260

CMM Of New Jersey LLC
5202 Lake Road Unit A
Wildwood, NJ  08260

Dock Street Of Wildwood, LLC
5202 Lake Rd. Unit A
Wildwood, NJ  08260

Domingo & Lourdes Benitez
819 Little Somerset Rd
Glouchester Twp, NJ  08034

First National Collection Bureau
ATTN Verizon Wireless
610 Waltham Way
Sparks, NV  89434

Guaranteed Title Agency LLC
PO Box 129
Barrington, NJ  08007

Dominic S. Favieri, Jr.
146 Lakeview Commons #303
Rte 561
Gibbsboro, NJ  08026

Fox Chase Bank
4390 Davisville Road
Hatboro, PA  19040

Gulf Coast Collection
Attn: SMH Radiology
5630 Marquesas Circle
Sarasota, FL  34233

Eichenbaum & Stylianou
ATTN RAB Performance Recoveries LLC
POB 914
Paramus, NJ  07653

Fox Chase Fed Svg Bank
401 Rhawn St
Philadelphia, PA  19112-2250

Harris & Harris, Ltd.
Attn: PSEG
111 W. Jackson Blvd. Ste. 400
Chicago, IL  60604

Empire TF2 Jersey Holdings LLC
57 W 38th Street 9th Flr
New York, NY  10018

Fox Rothschild, LLP
1301 Atlantic Ave
Atlantic City, NJ  08401

IC System
Attn: PSE&G
POB 64378
Saint Paul, MN  55164

Essex Insurance Company
4521 Highlands Parkway
Glen Allen, VA  23060

Frontline Asset Strategies
ATTN Credit One Bank
1935 West Rd , Ste 425
Roseville, MN  55113

James Walsh
437 17th St
North Wildwood, NJ  08260

Fantastic Voyages LLc
5202 Lake Road Unit A
Wildwood, NJ  08260

Frontline Asset Strategies
2700 Snelling Ave North
Suite 250
Roseville, MN  55113

Jana Belansen & Gail Coleman Partnership
118 Astro
Wildwood Crest, NJ  08260

Farer Fersko
Attn: SLM Financial Corp.
POB 580
Westfield, NJ  07091

Garden State Tile
1324 Wycoff Rd. #101
Wall Twp., NJ  07727

Jerz Sea LLC
5202 Lake Road Unit A
Wildwood, NJ  08260

Fellheimer & Eichen, LLP
2 Liberty Place
50 South 16th Street, Ste 3401
Philadelphia, PA  19102

GMAC Mortgage
POB 4622
Waterloo, IA  50704

Joe And Rita D'Urso
6210 Park Blvd.
Wildwood Crest, NJ  08260

First Bank Of New York Mellon
1661 Worthington Rd
Suite 100
West Palm Beach, FL  33409

Grammercy Avenue LLC
5202 Lake Rd. Unit A
Wildwood, NJ  08260

John DeFrancesco
C/O Archer & Greiner
1 Centennial Square
Haddonfield, NJ  08033

First Data Merchant Svcs
4000 Coral Ridge Dr
Coral Springs, FL  33065

Greenbaum Rowe Smith & Davis
Attn: Marriott Ownership Resorts
POB 5600
Woodbridge, NJ  07095

John Pecora
80 Bryant Trail
Carmel, NY  10512

Jospeh Plumbing LLc
5202 Lake Road Unit A
Wildwood, NJ  08260

LVNV Funding
POB 10497
Greenville, NC  29603

Megan LLC
C/O Archer & Greiner
1 Centennial Sq.
Haddonfield, NJ  08033

KEK Construction Inc
5202 Lake Rd Unit A
Wildwood, NJ  08260

M & K Of New Jersey LLC
5202 Lake Road Unit A
Wildwood, NJ  08260

Michael And Kim Mitchell LLC
5202 Lake Road Unit A
Wildwood, NJ  08260

KEK Of New Jersey LLC
5202 Lake Road Unit A
Wildwood, NJ  08260

M and M Of New Jersey Partnership
5202 Lake Road Unit A
Wildwood, NJ  08260

Midland Funding LLC
8875 Aero Dr., Ste 200
San Diego, CA  92123

KEM Management Services Inc
5202 Lake Road Unit A
Wildwood, NJ  08260

Macys-DSNB
POB 8218
Mason, OH  45040

Monzo Catanese Hillegass PC
ATTN: Michel F. Spagnolo
211 Bayberry Dr Ste 2A
Cape May Courthouse, NJ  08210

Kim Mitchell
5202 Lake Rd. Apt A
Wildwood, NJ  08260

Magnolia Ave Of Wildwood LLC
5202 Lake Road Unit A
Wildwood, NJ  08260

Morgan Bornstein & Morgan
Attn: Grove Supply
1236 Brace Rd, Suite K
Cherry Hill, NJ  08034

Kohls-Chase
POB 3115
Milwaukee, WI  53201

Marriot Vacation Club
1200 Bartow Rd International
Lakeland, FL  23801

MPK Associates, LLC
5202 Lake Rd. Unit A
Wildwood, NJ  08260

Kona Kai Condominium Assoc Inc
5202 Lake Road Unit A
Wildwood, NJ  08260

Marriott Ownership Resorts
12000 Us Highway 98 S Ste 19
Lakeland, FL  33801

MW Mitchell Builders Developers Inc
5202 Lake Road Unit A
Wildwood, NJ  08260

Law Office Of  Seth A. Fuscellaro, PA
100 East Rio Grande Ave
Wildwood, NJ  08260

Mary Costner
121 East Rambler
Wildwood Crest, NJ  08260

MW Mitchell HVAC
5202 Lake Rd. Unit A
Wildwood, NJ  08260

Litton Mtg Service Center
24 Greenway Plaza #712
Houston, TX  77046-2401

MBM Of New Jersey LLC
5202 Lake Road Unit A
Wildwood, NJ  08260

MW Mitchell Inc
5202 Lake Rd Unit A
5202 Lake Rd Unit A
Wildwood, NJ  08260

Louis C. Dwyer, Esq.
Corino & Dwyer
P.O. Box 849
Wildwood, NJ  08260

McAllister Hyberg White Cohen & Mann
Attn: The Condos On New Jersey Condo. As
2111 New Rd, Ste 105
Northfield, NJ  08225

MWM Of New Jersey Inc
5202 Lake Rd. Unit A
Wildwood, NJ  08260

MWM Of New Jersey Inc.
5202 Lake Road Unit A
Wildwood, NJ 08260

OCWEN Loan Servicing, LLC
12650 Ingenuity Dr
Orlando, FL 32826-2703

Pinnacle Credit Services
Attn Verizon
POB 640
Hopkins, MN 55343-0640

MWMW Of New Jersey Inc.
5202 Lake Rd. Unit A
Wildwood, NJ 08260

Pacific In The Crest LLC
5202 Lake Rd. Unit A
Wildwood, NJ 08260

Pottery Barn-Comenity Bank
POB 182789
Columbus, OH 43218

Nationwide Crediit, Inc.
Attn: American Express
POB 26314
Lehigh Valley, PA 18002-6314

Painted Pastimes LLc
5202 Lake Road Unit A
Wildwood, NJ 08260

Prime Rate Premium Finance Corp, Inc
Po Box 100507
Florence, SC 29502

NCO Financial Services
Attn: Capital One
POB 15636
Wilmington, DE 19850

Paramount Chemical & Paper Co
3600 Park Blvd.
Wildwood, NJ 08260

PSE&G
POB 14444
New Brunswick, NJ 08906

NJ Division Of Taxation
POB 245
Trenton, NJ 08695

Parke Bank
POB 40
Sewell, NJ 08080

RAB Performance Recoveries
10 Forest Ave
Paramus, NJ 07652

North Wildwood Nineteen LLC
5202 Lake Road Unit A
Wildwood, NJ 08260

Patricia Sorensen
121 East Rambler
Wildwood Crest, NJ 08260

Raymond & Coleman
Attn: Roebling Bank
325 New Albany Rd.
Moorestown, NJ 08057

Northland Group Inc.
Attn: Capital One
POB 390905
Minneapolis, MN 55439

Penn Jersey Building Materials
Rte 610 & Sharp Rd
Tuckahoe, NJ 08250

Raymour & Flanigan-WFFNB
POB 14517
Des Moines, IA 50306

Nudelman Klemm & Golub
Attn: Capital One
425 Eagle Rock Avenue
Roseland, NJ 07068

Penn Jersey Building Materials
6761 Washington Ave
Egg Harbor Twp, NJ 08234

RKL Financial Corporation
123 S. Justison St. Ste. 300
Wilmington, DE 19801

Ocean Rumble LLC
5202 Lake Road Unit A
Wildwood, NJ 08260

Perskie Mairone Brog & Baylinson
Attn: Sun Home Loans Inc.
1201 New Road
Linwood, NJ 08221

RKL Financial Corporation
135 Beaver St
Waltham, MA 02458-4120

OCWEN Loan Servicing
3451 Hammond Avenue
Waterloo, IA 50702

Phelan Hallinan & Diamond, PC
Attn: Citimortgage
400 Fellowship Rd, Ste 100
Mt. Laurel, NJ 08054

Rockford Merchantile
Attn: Lavender Healthcare
POB 5847
Rockford, IL 61125

Roebling Bank
POB 66
Roebling, NJ  08554

South Jersey Gas
P.O. Box 3121
Southeastern, PA  19398

Surfsong Of Wildwood, LLC
5202 Lake Road Unit A
Wildwood, NJ  08260

Sally Hand
121 East Rambler
Wildwood Crest, NJ  08260

SPF 2011 Owner LLC
Attn: Trimont Real Estate Advisors
3424 Peachtree Rd NE, Ste 2200
Atlanta, GA  30326

SYNCB/Gap
PO Box 965005
Orlando, FL  32896

Scott Hand
121 East Rambler
Wildwood Crest, NJ  08260

State Of New Jersey
Department Of Environmental Protection
P.O. Box 420
Trenton, NJ  08625-0420

SYNCHRONY Bank/JC Penney
POB 965007
Orlando, FL  32896

Sea Grapes LLC
5202 Lake Road Unit A
Wildwood, NJ  08260

State Of New Jersey
Department Of Community Affairs
P.O. Box 805
Trenton, NJ  08625

Synchrony/GAP
140 Corporate Blvd
Norfolk, VA  22502

Shore Medical Center
100 Medical Center Way
Somers Point, NJ  08244

State Of New Jersey
Dept Of Environmental Protection
9 Ewing Street Mail Code 09-01
Trenton, NJ  08625

Syracuse In The Crest LLC
5202 Lake Rd
Wildwood Crest, NJ  08260

Shore Memorial Hospital
POB 217
Somers Point, NJ  08244

Stern Lavinthal Frankenberg
Attn: Countrywide
105 Eisenhower Pkwy #302
Roseland, NJ  07068

Tamika T. McKoy, Esq.
ATTN: Domingo & Lourdes Benitez
520 Cooper Street
Camden, NJ  08102

Shore Resort Property Mgt
100 W 1st Ave
Wildwood, NJ  08260

Summer Sands Condo Assoc
8401 Atlantic Ave
Wildwood Crest, NJ  08260

Taylor & Keyser
Attn: Empire TF2 Jersey Holdings LLC
76 E Euclid Avenue, Ste 202
Haddonfield, NJ  08033

Siesta FL LLC
5202 Lake Road Unit A
Wildwood, NJ  08260

Sun Home Loans
627 Haddon Ave
Collingswood, NJ  08108

TD Bank
POB 219
Lewiston, ME  04243

SLM Financial Corp
300 Continenttial D
Newark, DE  19806

Sun National Bank
226 W. Landis Ave
Vineland, NJ  08360

The Bank Of Greene City
POB 470
Catskill, NY  12414

SMH Radiology
1100 Hector St, Ste 102
Conshohocken, PA  19428

Sunset Bay Of Wildwood Crest, LLC
5202 Lake Road Unit A
Wildwood, NJ  08260

The Flying Dutchman Of North Wildwood LL
5202 Lake Road Unit A
Wildwood, NJ  08260

**The Law Office Of Seth A. Fuscellaro**
100 East Rio Grande Avenue
Wildwood, NJ  08260

**Verizon**
500 Technology Dr, Ste 300
Weldon Spring, MO  63304

**The Spicer House Condo Assoc**
C/O Denise Mawhimay
3616 Naamans Dr
Claymont, DE  19703

**Verizon Wireless**
20 Alexander Dr
Wallingford, CT  06492

**The Wildwoods Of New Jersey LLC**
5202 Lake Road Unit A
Wildwood, NJ  08260

**Washington Mutual Bank**
7757 Bayberry Rd.
Jacksonville, FL  32256

**The Woods At Vorhees, LLC**
5202 Lake Rd. Unit A
Wildwood, NJ  08260

**West Side Development LLC**
5202 Lake Rd. Unit A
Wildwood, NJ  08260

**Theresa Castagliuola**
7200 Pacific
Wildwood Crest, NJ  08260

**Youngblood FranklinSampoli & Coomb**
Cape Bank
1201 New Road, Suite 230
Linwood, NJ  08221-1159

**Third Federal Savings**
3 Penns Trl.
Newtown, PA  18940

**Trimount Real Estate Advisors**
3424 Peachtree Rd NE
Atlanta, GA  30326

**United Rentals**
6701 Delilah Rd
Egg Harbor Twp, NJ  08234

**Universal Building Supply**
816 Doughty Rd
Pleasantville, NJ  08232

**Valley National Bank**
31-00 Broadway
Fair Lawn, NJ  07410

**United States Bankruptcy Court**
**District of New Jersey**

**IN RE:**                                                         Case No. _____

Mitchell, Michael W. _____     Chapter 7 _____
                              Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: November 10, 2015 _____     Signature: */s/ Michael W. Mitchell* _____
                                                        **Michael W. Mitchell**                                Debtor


Date: _____     Signature: _____
                                                                                                          Joint Debtor, if any

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Michael W. Mitchell** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of New Jersey**

Case number _____
(If known)

❑ Check if this is an amended filing

## Official Form 22A—1Supp

# Statement of Exemption from Presumption of Abuse Under § 707(b)(2)  12/14

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 22A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 22A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

### Part 1:   Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the "Nature of Debts" box on page 1 of the *Voluntary Petition* (Official Form 1).

   ☑ No.  Go to Form 22A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1.

   ❑ Yes. Go to Part 2.

### Part 2:   Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ❑ No.  Go to line 3.

   ❑ Yes. Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1)); 32 U.S.C. § 901(1).

      ❑ No. Go to line 3.

      ❑ Yes. Go to Form 22A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ❑ No.  Complete Form 22A-1. Do not submit this supplement.

   ❑ Yes. Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

      ❑ No. Complete Form 22A-1. Do not submit this supplement.

      ❑ Yes. Check any one of the following categories that applies:

         ❑ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

         ❑ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

         ❑ **I am performing a homeland defense activity for at least 90 days.**

         ❑ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

> If you checked one of the categories to the left, go to Form 22A-1. On the top of page 1 of Form 22A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 22A-1. You are not required to fill out the rest of Official Form 22A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
>
> If your exclusion period ends before your case is closed, you may have to file an amended form later.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

Debtor 1    **Michael W. Mitchell**
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the: **District of New Jersey**

Case number _____
(If known)

**Check one box only as directed in this form and in Form 22A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 22A–2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 22A—1

# Chapter 7 Statement of Your Current Monthly Income

12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 22A-1Supp) with this form.

## Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

   **Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $_____ | $_____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $_____ | $_____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $_____ | $_____ |
| 5. **Net income from operating a business, profession, or farm** | | |

5. **Net income from operating a business, profession, or farm**

| Gross receipts (before all deductions) | $_____ | | |
| Ordinary and necessary operating expenses | – $_____ | | |
| Net monthly income from a business, profession, or farm | $_____ **Copy here➜** | $_____ | $_____ |

6. **Net income from rental and other real property**

| Gross receipts (before all deductions) | $_____ | | |
| Ordinary and necessary operating expenses | – $_____ | | |
| Net monthly income from rental or other real property | $_____ **Copy here➜** | $_____ | $_____ |

| 7. **Interest, dividends, and royalties** | $_____ | $_____ |

Debtor 1 __**Michael W. Mitchell**_____     Case number *(if known)*_____
　　　　　First Name　　　Middle Name　　　Last Name

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 8. **Unemployment compensation** | $_____ | $_____ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ........................... ⬇

For you ............................................................ $_____

For your spouse ............................................. $_____

| | | |
|---|---|---|
| 9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. | $_____ | $_____ |

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

| | | |
|---|---|---|
| 10a. _____ | $_____ | $_____ |
| 10b. _____ | $_____ | $_____ |
| 10c. Total amounts from separate pages, if any. | +$_____ | +$_____ |

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$_____ **+** $_____ **=** $_____

**Total current monthly income**

---

**Part 2:** **Determine Whether the Means Test Applies to You**

---

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11............................................ **Copy line 11 here➡** 12a. $_____

Multiply by 12 (the number of months in a year). **x 12**

12b. The result is your annual income for this part of the form. 12b. $_____

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live. [_____]

Fill in the number of people in your household. [_____]

Fill in the median family income for your state and size of household. ............................................................13. $_____

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 22A–2.* Go to Part 3 and fill out Form 22A–2.

---

**Part 3:** **Sign Below**

---

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

✖ **/s/ Michael W. Mitchell**_____        ✖ _____
　　Signature of Debtor 1　　　　　　　　　　　　　　　　　Signature of Debtor 2

Date **November 10, 2015**_____        Date _____
　　MM / DD  / YYYY　　　　　　　　　　　　　　　MM / DD  / YYYY

If you checked line 14a, do NOT fill out or file Form 22A–2.

If you checked line 14b, fill out Form 22A–2 and file it with this form.

---

Official Form 22A-1　　　　　　**Chapter 7 Statement of Your Current Monthly Income**　　　　　　page 2

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only